Armando Santana
3780 Flagler St.
Miami, Fl. 33134

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT

SEP 19 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ARMANDO C. SANTANA,

      Plaintiff,

vs.

STATE BAR OF CALIFORNIA, the
Office of Admissions, Committee of Bar
Examiners, Gayle E. Murphy, Natali Hope
and other Unknown Defendants, jointly,
severably and individually,

      Defendants.

CASE NO:

CIVIL ACTION

CV14  07339-PSG(mANx)

---

## COMPLAINT FOR WRIT OF MANDAMUS/INJUNCTION & DECLARATORY RELIEF AND VIOLATIONS OF PLAINTIFF'S CONSTITUTIONAL AND STATE PROTECTIVE RIGHTS AND OTHER INTENTIONAL TORT CLAIMS

---

**PLAINTIFF**, ARMANDO C. SANTANA, *Pro-Se*, hereby sues Defendants, STATE BAR OF CALIFORNIA, the Office of Admissions, Committee of Bar Examiners, Gayle E. Murphy, Natali Hope and other Unknown Defendants, jointly, severably and individually, and as grounds it will state as follows:

    1.    That this is an action is within the exclusive jurisdiction of this Honorable Court pursuant to Title 28 U.S.C. §§ 1331, 1332, 1361 and 1367 et. seq., arising from claims seeking Writ of Mandamus/Injunctive & Declaratory Relief, Violations of Plaintiff's Constitutional and State Protective Rights, Breach of Contract and numerous other intentional torts committed outside of the scope of the authority under the color of law and/or contrary to the California Torts Claims act by these government officials and entity jointly, severably and individually.

PAID   Clerk, U.S. District Court   COURT 4612   SEP 19 2014

2.     The jurisdiction of this Court is also invoked under the Constitutions of the State of California and the United States, its relevant Civil Rights Acts and all of the aforementioned statutes and laws, this being a suit in equity authorized by law to be brought to redress the deprivation, under color of state law, statute, regulation, custom and usage of a state of rights, privileges, and immunities secured by the laws and the Constitution of the United States. Sections 1981, 1983, 2000d and 6101 of Title 42 of the United States Code and the Fifth and Fourteenth Amendments to the Constitution of the United States and California Torts Claims Act as per Gov't Code section 915, et. seq. , and others as more fully described below.

3.     That Plaintiff furthers that notwithstanding any immunity claims that maybe raised by the Defendants, this action also requests equitable relief in the form of a Declaratory Judgment and Injunctive Relief which is divested of any claims for legal damages which are not precluded under any known sovereign immunity defenses. Additionally the equitable relief being sought is for the purpose of determining a question in actual controversy between the parties as to whether Defendants' Bar Exam Administration Rules and Practices in denying the Plaintiff the right to his personal property and the grading nullification of his recent under taken July 2014 Bar Exam compared to other violating applicants in the past, was discriminatory, arbitrary, capricious and based on unproven violations of Defendants' Administrative Rules by this Plaintiff which are suspect and violative of Public Policy, illegal, unconscionable and unenforceable as set forth below.

4.     That all of the parties to this action have complete diversity in that Plaintiff is a resident and domiciled within the State of Florida while all Defendants are adverse to the Plaintiff action herein because they are both residents of the State of California and are domiciled and conduct business therefrom, and thereby, *sui juris*.

5.     That Defendant, STATE BAR OF CALIFORNIA, at all relevant times, is a State Actor and "public entity" under the judiciary branch of the State of California in charge of governing and administering the practice of law within the State under the supervision of this State's Supreme Court pursuant to Article 6, Section 9 of the California Constitution and thereby, *sui juris*.

6.      That Defendant, Office of Admissions, is the department within the STATE BAR OF CALIFORNIA, at all relevant times, in charge of administering the State's Bar Exams, admissions and licensing of its members and as such is a State Actor was well governed and supervised ultimately by this State's Supreme Court pursuant to Article 6, Section 9 of the California Constitution and thereby, *sui juris*.

7.      That Defendant, the Committee of Bar Examiners ("Committee") , at all relevant times, is the body within the Office of Admissions of the STATE BAR OF CALIFORNIA that enacts and approves the Rules of Admissions and Administration relating to the administration of California's Bar Exams as well as the admission of any applicant to its membership and as such is also a State Actor and as was well is governed and supervised ultimately by this State's Supreme Court pursuant to Article 6, Section 9 of the California Constitution and thereby, *sui juris*.

8.      That Defendant, Gayle E. Murphy ("Murphy"), is the Senior Director for the Office of Admissions within the STATE BAR OF CALIFORNIA, at all relevant times, in charge amongst other things, of communicating,  interpreting and applying the Bar Rules to exam takers and applicants at her discretion while under the supervision of the Committee of Bar Examiners and ultimately this State's Supreme Court pursuant to Article 6, Section 9 of the California Constitution and thereby, *sui juris*.

9.      That Defendant, Natali Hope ("Hope"), was at all times relevant the head Staff Member of the Proctors who administered the July 2014 Bar Exam that was administered to all disabled test takers at the DoubleTree by Hilton ("DoubleTree") located in Culver City, Orange County, California and who is employed and supervised by the Office of Admission for the STATE BAR OF CALIFORNIA, and thereby, sui juris.

10.     That Plaintiff is ignorant of the true names of other UNKNOWN Defendants sued herein referred as Doe One, Doe Two and Doe Three and will amend  the complaint to state their true names when they have been ascertained after sufficient discovery has been conducted in this action.

11.     That all actions, evidence and witnesses that gave rise to this action arose, occurred and/or are located for the most part within Orange County in the Central District of the State of California, and thereby, *sui juris*.

12.     That all governmental and non-governmental activities that are administratively required prior to the filing of this action have been and performed as well as all precedent conditions relating to breaches of contract and thereby, *sui juris*.

## CAUSES OF ACTION
### (GENERAL ALLEGATIONS)

13.     That the allegations set forth above within paragraphs 1 through 12, inclusive, are incorporated by reference as if set forth herein.

14.     That Plaintiff is a law graduate who has participated in six (6) out of the last seven administered Bar Exams by Defendants since July 2011.

15.     That Plaintiff applied and paid for the recently taken July 2014 Bar Exam administered at the DoubleTree in Culver City, Los Angeles, California. (See Composite Exhibit "A").

16.     That Plaintiff spent close to $3,000.00 in traveling, lodging, rental, meals and incidentals in attending said Bar Exam inclusive of other preparation bar courses and personal time and sacrifice to both himself and family in order to participate in said exam. (See Composite Exhibit "B").

17.    That due to Plaintiff's osteoarthritis medical condition relating to both his hips Defendant's granted Plaintiff an accommodation as a disable test taker[1] by the time he had taken the previous February 2014 exam. (See Exhibit "C").

18.    That Plaintiff has taken all previous exams without incident except on this one occasion wherein due to human error resulting from stress and that of checking out of the DoubleTree, wherein he was also taking the exam on the last day of the exam (07/31/14), Plaintiff discovered that he had forgotten to pack his cell phone along with his luggage and had it with him prior to the commencement of the exam. (See Exhibit "D").

19.    That notwithstanding this mishap, Plaintiff immediately proceeded to secure it away from the exam area after apologizing to all concerned and the proctor prior to the commencement of the morning session administered essay exams (i.e. Essay Exams #'s 4, 5 & 6).

20.    That upon the conclusion of the morning session, Plaintiff was instructed to travel downstairs to the third floor from the fifth floor (wherein he had satisfactorily completed  the morning exams on his laptop without incident or objections by Defendants) while given a written note *which did not specify the real reason* for the subsequent inquiry by the head staff members at the lower floor.

21.    That upon reaching the third floor and handing the written notice to the staff personnel sitting at that location, Defendant Hope, who represented herself to be in charge of the entire administration at that location, approached  the Plaintiff and requested that I provide her with my cell phone due to the mishap occurred as previously described for which I complied under the impression that it was  on a temporary measure based on the discussions had at that time with Hope and after being allowed to call my wife in order to explain the temporary depravation meanwhile.

---

[1]   This is not taking into account that Defendants are also aware that Plaintiff suffers from an acute asthma condition from infancy because Plaintiff had previously applied for an accommodation in the past based on this ailment which was denied at that time. (Exhibit "E").

22.     That notwithstanding this troubling and upsetting event, Plaintiff nevertheless composed himself and returned for the afternoon Performance Test session which he did accomplished under even this further stressful and concerning conditions.

23.     That after a brief discussion of these troubling events with the proctor in the room[2], Plaintiff returned to the third floor in order to retrieve his cell phone only to be confronted by Defendant Hope who was accompanied by what appeared to be a plain clothes security person solely for the purpose of informing the undersigned that his cell phone was being confiscated instead.

24.     Despite my impassioned pleas for the return of same due to nature and necessity of the item while in a foreign jurisdiction and in light of my disabled condition, Defendant Hope nevertheless refused to do so altogether.

25.     That as a result of this depravation Plaintiff had to result to asking for directions back to the rental and airport from strangers in the streets barely managing to make it to the airport terminal on time to catch his flight back to Fort Lauderdale, Florida that same evening.

26.     That this is notwithstanding the fact that since paid phones are scarce nowadays, it was not until the Plaintiff reached the airport terminal that he was able to use a pay phone at a rate of $10.00/hr. and another traveler's cell phone once arriving in the early morning hours (5:30 am) on Friday, August 1, 2014, in Fort Lauderdale, that Plaintiff was able to communicate with his spouse in order to advise her that he made it to the flight and had arrived and was waiting at the airport to be picked up by her.

---

[2] Who indicated to the undersigned that she had also pleaded on my behalf to the none intentional and none-disruptive nature of said mishap prior to the commencement of the exam.

27.    That on or about August 2, 2014 Plaintiff received notices from his g-mail account provider of suspicious account sign-in activities that had occurred which indicates unauthorized logins from different locations throughout the United States. (Exhibit "F").

28.    That immediately thereafter, Plaintiff purchased a new cell phone and went about changing most of his creditors and bank accounts[3] in order to prevent the identity theft that was apparently occurring due to these unauthorized logins.

29.    That on Monday, August 4, 2014 after the arriving weekend, Plaintiff made contact with Gregg Shin ("Shin"), Director, Operations and Management for Defendants, in order to inquire as to the return of the cell phone at issue, only to be informed that not only was the phone not going to be returned , but also the SIM card, which I had requested as an alternative. He further indicated that Defendant, the Committee would take up the issue on its upcoming August 22, 2014 meeting and that if I wished, I could petition them for its return, which I did on that same date. (Exhibit "G").

30.    That on August 25, 2014 Plaintiff again tried to contact Shin in order to obtain status on his written request to the Committee to he responded by email explaining that my request had been denied and that a letter would be forthcoming from Murphy to the undersigned. (Exhibit "H").

31.    On August 28, 2014 having not received the promised written response from Murphy, Plaintiff again tried to contact Shin only to be informed , yet again, via e-mail, to remain calm because the response was on its way. (Exhibit "I").

32.    That it was not until Tuesday, September 2, 2014 that Plaintiff finally received Murphy's "08/29/2014" dated and mailed written response denying not only the return of the sought cell phone, but going even further by indicating this time, that the Committee was going to assign "a score of zero for each of your answers for Essay questions 4, 5 and 6". (Exhibit "J").

---

[3]  Id's and Passcodes that were contained therein along with client's and attorney's filing information for which Plaintiff works for and which he has been unable to retrieve as of today.

33.     That on the following day, September 3, 2014, Plaintiff contacted Murphy for the purposes of securing copies of his initial application to the bar exam at issue, which was followed in the form of a fax , as per her instructions, which is yet to be responded to this date. (Exhibit "K").

34.     That on September 4, 2014 Plaintiff also contacted Kimberly (an employee for Defendants) in order to secure a copy of the"warning instructions" that are customarily read to the test takers by the proctor prior to the commencement of each bar exam, which was also denied by Shin as per his email  dated September 8, 2014 to the undersigned. (Exhibit "L").

## FIRST CAUSE OF ACTION
### (WRIT OF MANDAMUS AND/OR INJUNCTIVE RELIEF)

35.     That the allegations set forth above within paragraphs 1 through 34, inclusive, are incorporated by reference as if set forth herein.

36.     That this is a civil action brought pursuant to 28 U.S.C. §§1331, 1332, 1361 and 1367, to redress the deprivation of rights, due process, equal protection, privilege & immunities and other protected constitutional and state rights denied to the Plaintiff by the Defendants.

37.     That Defendants initial application that was completed and paid for by the Plaintiff on or about June 2014 is void of any mentioned of a Chapter 6 Notice ("Notice") as referred to within Defendants' August 29th denial letter ("Denial Letter") other than generally referring to the "Admission Rules" as per the attached Exhibit "A".

38.     That it was not until Plaintiff received his "Admission Ticket" on July 24, 2014, via email, that Plaintiff had actual knowledge of the very rules that Defendants are now enforcing against him after having entered into an undisclosed contractual relationship

beforehand and allowing Plaintiff to undergo four (4) hours of examination to complete the entire three essays without incident or objections[4] from the Defendants that they are now nullifying after the fact . (Composite Exhibit "J"). See also Defendants's Denial Letter wherein it states in relevant part that:

> "In addition, similar information was in the bulletin that was associated with the admission tickets..." ¶3

39.     Furthermore and contrary to the representations in their denial letter, not only were no signs posted as alleged as to the prohibition of cell phones within the examination rooms, but the alleged announcements[5] that were made by the proctor at the time, were not actually and accurately done at the behest of my co-test taker[6].

40.     Announcements which according to Plaintiff's recollections in prior exams, asks all test takers to check for "prohibited items" prior to commencement of said exams and which clearly contradicts Defendants' allegations that the presence of such items within the examination room is sufficient for the application of their non-disclosed rules.

41.     That notwithstanding this obvious mishap that was remedied by the Plaintiff prior to the commencement of the exam as set forth in the general allegations, Defendants not only deprived ultimately Plaintiff of his protected property interest in his cell phone without due process as per Riley v. California[7], 134 S.Ct. 2473, 189 L.Ed.2d 430, 82 USLW 4558 (SCT.

---

[4] Had Plaintiff been advised that this was going to be Defendants' course of action over the mishap beforehand, Plaintiff would not have bothered to endure both the four (4) hours morning and afternoon sessions in light of the failing grade which would have resulted in any event.

[5] Announcement which are read out loud to all test takers prior to the commencement of every exam and which copies have been denied to the undersigned as an exhibit to this action.

[6] Matter which I did not bring up before out of fear of getting the proctor in trouble with Defendants unnecessarily and without good cause except now due to Defendants extreme measures.

[7] Supreme Court finding that there is an expectation of privacy attached to cell phones for which a valid warrant is require prior to any search or seizure of same (i.e. viz-a-viz "protected property interest").

6/25/2014), but allowed him to complete the morning four (4) hour long essay exam session as previously noted only to be told now at this late stage and after the fact that not only are they "confiscating" his property, but that they are designating a zero grade to noted essays as further punishment for Plaintiff's audacity of requesting in writing the return of his cell phone initially.

42.     That notwithstanding the rest of the remaining claims and issues raised below as to Defendants suspect violations and infringements of Plaintiff's rights, there are sufficient facts described herein to provide this Court with sufficient basis to order Defendants not only to grade all of his exams in their entirety along with the other test takers (irrespective as to whether Defendants do have a right to invalidate them as alleged) so as to avoid any mootness issues that are sure to arise from Defendants well expected dilatory litigation practices that will be undertaken once they have been served with this complaint, but to also order ultimately the return the cell phone that was illegal taken from the Plaintiff him without due process and in violation of his afforded constitutional protections (state/federal).

**WHEREFORE**, for all of the foregoing reasons Plaintiff respectfully request that this Honorable Court order Defendants not only to grade Plaintiff's July 2014 Bar Exam in its entirety along with all others, but to also return his cell phone as per the jurisdiction that is provided to this Court pursuant to Title U.S.C. §701 and Rule 21, Fed.R.Ci v.P. and the relevant California Constitution and Civ. Codes.

<u>**SECOND CAUSE OF ACTION**</u>
**(DECLARATORY RELIEF)**

43.     That the allegations set forth above within paragraphs 1 through 42, inclusive, are incorporated by reference as if set forth herein.

44.     That an actual controversy now exist between the Plaintiff and Defendants as to whether there was an enforceable and valid agreement in the first place as to the original bar exam application on June 2014 with full disclosure and as to whether Defendants had the proper statutory or other authority to enact and enforce rules that are violative of not only Plaintiff's rights, but of public policy itself.

45.     The parties require a judicial declaration of their rights in order to know how to determine if the Admission Rules as being applied to the Plaintiff are supported by any known precedent and/or authority and/or in the alternative, even if valid, the agreement between the parties was either none enforceable due to lack of disclosure and/or Plaintiff's conduct was not violative of them.

46.     That unless the Court issues such a declaration, there will continue to be uncertainty and controversy as to whether Defendants rules, agreements and determination of Plaintiff's conduct during the exam at issue are valid, enforceable and/or inapplicable as to this case under all known federal and statutory law and other relevant authorities.

47.     That numerous claims relating to Plaintiff similar nature are likely to arise in the future that will require repeated judicial intervention and resolution. That by issuing a declaration of rights at this time, the Court will conserve judicial resources and provide guidance to the parties, and to others who may encounter similarly discriminatory and arbitrary administration practices so as to precluded Defendants from confiscating personal property or invalidating examinations at their whim or for sole purpose of teaching an applicant a lesson as in their ultimate and not to be challenged authority.

**WHEREFORE**, for all of the foregoing reasons Plaintiff request that this Court make a determination as to the rule making authority of Defendants as it relates to this matter, as to whether the agreement at issue is valid and enforceable and/or as to whether the Plaintiff breached any of the noted rules as claimed by the Defendants in the alternative.

## THIRD CAUSE OF ACTION
### (VIOLATION OF THE FEDERAL DUE PROCESS
### AND EQUAL PROTECTION CLAUSES BOTH FEDERAL AND STATE)

48.     That the allegations set forth above within paragraphs 1 through 47, inclusive, are incorporated by reference as if set forth herein.

49.     That Defendants have unequally applied the noted rules at their discretion with the more onerous punitive measures been taken against others in the past but for those who dare to challenge their authority despite the evidence and/or rational basis to do so to the contrary.

50.     That Defendants never provided Plaintiff with a due process hearing and based their findings solely on an unsworn letter which only argued for the most part the reasons why undersigned's cell phone was indispensable both to himself and the law firms for which he works with and that of his acts where unintentional and none violative of their rules.

51.     That as a result of both the even application of their rules and due process procedure to similar situated applicants and test takers in the past to that of Plaintiff without a rational basis and in violation of fundamental rights, Defendants have infringed upon Plaintiff's right to Due Process and Equal Protection under both the federal and state constitution as per§§ 1981, 1983 and 2000d of Title 42 of the United States Code via Fifth and Fourteenth Amendments to the Constitution of the United States and California's respective constitution and civil code.

**WHEREFORE**, for all of the foregoing reasons, Plaintiff request that Defendants' actions constitute a violation of Plaintiff's noted constitutionally and state protected rights which were both intentional and without proper authority or rationale for which equitable and monetary damages should be awarded.

## FOURTH CAUSE OF ACTION
### (VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT AND SECTION 504 OF THE REHABILITATION ACT)

51.     That the allegations set forth above within paragraphs 1 through 50, inclusive, are incorporated by reference as if set forth herein.

52.     That Defendants by their actions as described above, have discriminated against Plaintiff on the basis of his disability in that despite granting him an accommodation based on same, yet resorted to deprive the Plaintiff of his only "life line" (i.e. his cellular phone) with his family, his whereabouts[8] and emergency personnel while traveling within Los Angeles and in particularly when he had to drive himself back to the airport area from the DoubleTree in fear either an unwarranted asthma[9] could occur and/or walking impediments would limit his ability to reach a pay phone on time in the event of an emergency.  Hence, Defendants actions were in intentional and in violation of Title 42 U.S. Code § 12101 et. seq. of the American with Disabilities and Rehabilitation Acts as well as  California's Public Accommodations Code Civ. §§51, et seq. and in contravention to their very own accommodation acknowledgment of Plaintiff's disabilities.

**WHEREFORE**, for all of the foregoing reasons, Defendants' action has deprived Plaintiff of his rights as guaranteed under the noted American with Disabilities and Rehabilitation Acts and California inclusive, and as such, Plaintiff demands judgment and damages against these Defendants.

---

[8] For navigation and GPS purposes when traveling out of state such as it pertains to this Floridian.

[9] Asthma which Defendants have documented proof that is chronic at times when Plaintiff have to be transported unconscious to emergency treatment at the West Regional Memorial Hospital in Miramar, Fl., where he had to be revived after a several and almost fatal asthma attack.

## FIFTH CAUSE OF ACTION

### (VIOLATIONS AGAINST A GOVERNMENT ENTITY UNDER THE CALIFORNIA TORTS CLAIMS ACT )

53.     That the allegations set forth above within paragraphs 1 through 52, inclusive, are incorporated by reference as if set forth herein.

54.     That Plaintiff complied with the notice provisions outlined within California Torts Claims Act as per Gov't Code section 915, et. seq. when it noticed the Defendants of its intent to pursue any and all claims, both monetary and equitable, as per his correspondence to them on or about August 4, 2014 pursuant to attached Exhibit "F" which Defendants chose to ignored when it denied Plaintiff not only his request for the return of the cellular phone but any due process hearing whatsoever.

**WHEREFORE**, for all of the foregoing reasons, Plaintiff is entitled to pursue any and all tortious or otherwise that are applicable pursuant to this statutory provision against a governmental entity despite any potential sovereign immunity claims or defenses that Defendants may now belatedly raise at this point in time.

## SIXTH CAUSE OF ACTION
### (DECEIT, MISREPRESENTATION AND FRAUD)

55.     That the allegations set forth above within paragraphs 1 through 54, inclusive, are incorporated by reference as if set forth herein.

56.     That Defendants induced Plaintiff to apply for the July 2014 Bar Exam online through none disclosure, fraud and misrepresentation of the very Admissions Rules which were only disclosed, made known and used against the Plaintiff after receiving his Admissions Ticket on or about June 19, 2014 (Composite Exhibit "M"), and specifically after completing in its entirety the July 2014 Bar Exam. Intentional actions that were done subsequently in retaliation for Plaintiff having the audacity to even ask for the return of his wrongfully taken cell phone without cause of reason and in spite of the noted rules.

57.     That Defendant Hope fraudulently induced Plaintiff to provide her with his phone without actually disclosing her ulterior intention and motive to convert it for her own use and/or that of Defendants which was done through application of deceit, fraud and misrepresentations.

58.     That Hope's conduct was done outside the scope of her legal authority under the color of law and/or in the alternative, with the participation and direction of the other Defendants for the sole purpose of denying Plaintiff not only of his personal property, but as it has now turn out, as an excuse to deny him any possibility of even succeeding in his earnest efforts in passing the July 2014 Bar Exam on his sixth attempt.

**WHEREFORE**, for all of the foregoing reasons, Plaintiff is entitle to pursue any and all tortious claims concerning these causes of action relating to deceit, fraud and misrepresentation individually, severally and jointly in light of the intentional nature being them that was perpetuated against him by these Defendants.

### SEVENTH CAUSE OF ACTION
### (CONVERSION)

59.     That the allegations set forth above within paragraphs 1 through 58, inclusive, are incorporated by reference as if set forth herein.

60.     That as noted in the previous causes of action, Defendant Hope while acting outside the scope of her legal authority and under the color of law, converted Plaintiff's property to her own use by fraud in order to permanently deprive undersigned of his rightful property interest without due process either with or without the consent of the other Defendants.

61.     That likewise, Defendants in the alternative, through Defendant's Hope intentional actions, concerted to deprived Plaintiff of his protected property interest in his cell phone while acting outside the scope of their legal authority and under the color law, which was done with the intent to permanently deprive this Plaintiff of his cell phone along with all of the private information and family pictures contained therein.

**WHEREFORE,** for all of the foregoing reasons, Plaintiff is entitle to pursue any and all tortious claims concerning this particular cause of action relating to conversion of his cell phone both individually, severally and jointly in light of the intentional tort that was perpetuated against him by these Defendants.

## EIGHTH CAUSE OF ACTION
## (FALSE IMPRISONMENT)

62.     That the allegations set forth above within paragraphs 1 through 61, inclusive, are incorporated by reference as if set forth herein.

63.     That when Hope deprived the Plaintiff of his cell phone she was aware and/or was made aware that Plaintiff would be unable to securely and safely leave the DoubleTree  when returning to the airport without the benefit and assistance of his cell phone's navigation system, and/or emergency and/or family contacts and as such, Plaintiff was temporarily and involuntarily confined and prevented from leaving the premises until he had no other option because he was in jeopardy of losing his scheduled flight that evening and thus, falsely imprisoned due to this Defendant's intentional acts.

64.     That Hope committed this intentional tortor outside the scope of her legal authority under the color of law and with or without the consent and supervision of the other Defendants and as such, they should be held tortiously liable for said confinement.

**WHEREFORE**, for all of the foregoing reasons, Plaintiff is entitle to pursue any and all claims tortious claims concerning this particular cause of action relating to false imprisonment both individually, severally and jointly in light of the intentional tort that was perpetuated against him by these Defendants.

### NINTH CAUSE OF ACTION
### (INVASION OF PRIVACY)

65.     That the allegations set forth above within paragraphs 1 through 64, inclusive, are incorporated by reference as if set forth herein.

66.     That on or about August 2, 2014 Plaintiff discovered that unauthorized and/or suspicious sign into his G-mail account had occurred as of July 31, 2014 as per Google's Notifications to him which are attached hereto and marked as Exhibit "F". Unauthorized sign-ins which commenced and continued as of the date when the Plaintiff's cell phone was taken from him by the Defendants.

67.     That but for Plaintiff being the only authorized person to have logged into his g-mail account prior to that time frame, it can only be ascertain that but for Defendant's taken Plaintiff phone, no other person or entities would have been able to login or accessed at the relevant times Plaintiff's e-mails but that of the Hope or the Defendants in the alternative.

**WHEREFORE**, for all of the foregoing reasons, Plaintiff is entitled to pursue any and all tortious claims concerning this particular cause of action relating to invasion of privacy both individually, severally and jointly in light of the intentional tort that was perpetuated against him by these Defendants.

## NINTH CAUSE OF ACTION
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

68.   That the allegations set forth above within paragraphs 1 through 69, inclusive, are incorporated by reference as if set forth herein.

69.   That Hope's conduct as it relates to the fraudulent and unauthorized conversion of Plaintiff cell phone was extreme and outrageous in light of the fact that as per her own notice of violation provide to the Plaintiff, it was clear that there was no basis for the depravation of said item since the mishap had occurred prior to the commencement of the exam  and instead, the punitive measures taken at the time were done exclusively to inflict intentional emotional distress upon the undersigned.

70.   That it was evident to all witnesses present at the time of the unlawful taking that Hope taking was was extreme and outrageous by any standard which she anticipated when she was escorted by security personnel indicating that she was fully aware of the hardness and disproportionality of her acts.

71.   That Defendants have now gone a step further when inflicting additional emotional distress without cause by capriciously and arbitrarily nullifying Plaintiff efforts as to the Essays 4, 5 & 6 that he fully completed without any objections from them at the time which now are evident as retribution for Plaintiff having the audacity to even request the return of his cell phone. Cell phone

which was originally confiscated as basis exclusively at the time of the alleged notice of violation but now appears to have not been enough after its return was requested by the undersigned.

**WHEREFORE,** for all of the foregoing reasons, Plaintiff is entitled to pursue any and all tortious claims concerning this particular cause of action relating to intentional infliction of emotional distress both individually, severally and jointly in light of the intentional tort that was perpetuated against him by these Defendants.

## TENTH CAUSE OF ACTION
## BREACH OF CONTRACT/SPECIFIC PERFORMANCE

72.     That the allegations set forth above within paragraphs 1 through 71, inclusive, are incorporated by reference as if set forth herein.

73.     That despite the agreement entered into by the parties on or about June 2014 as it relates to the administration of Plaintiff July 2014 Bar Exam, Defendant's nullification of his scores associated with Essays number 4, 5 & 6 is a total breach of the agreement reached between the parties for which Plaintiff is entitled to specific performance in light of the inadequate remedies at law that monetary damages will not provide.

**WHEREFORE,** for all of the foregoing reasons, Plaintiff is entitled to pursue the remedy of specific performance as to all Defendants individually, severally and jointly due to the inadequate remedies at law that monetary damages will not provide to the undersigned in this particular instance.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand trial by jury on all issues so triable by a jury

**WHEREFORE**, Plaintiff requests the following relief:

1.      That this Court immediately order Defendants to grade and score everyone of Plaintiff essays along with that of the other test takers of the July 2014 Bar Exam so as to avoid any mootness issues and because the relevant rules where either not properly disclosed, invalid and/or were not violated by the Plaintiff as alleged by the Defendants.

2.      That this Court order the Defendants to return the cell phone at issue to the Plaintiff because he has been deprived of same without due process and in clear violation of his recognized protect property interest and equal protection rights both federal and state.

3.      That Plaintiff be awarded monetary damages in excess of the $75,000.00 diversity monetary threshold to the tune of $500,000.00 (inclusive of Plaintiff's actual costs relating to this issue) for their numerous outlined constitutional and intentionally tortious conduct perpetuated by Defendants against this Plaintiff along with punitive damages for their intentional conduct so as to avoid similar actions to other innocent and disable test takers in the future.

4.      Such other and further relief as this Court may deem just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this pleading was expressed mailed this _16th_ day of September, 2014 to RW Process Services at 3651 S. La Brea Avenue, Ste. #293, Los Angeles, CA. 90016, for the purposes of filingand effect process of service of same upon Defendants

via the OFFICE OF THE CHIEF TRIAL COUNSEL, Intake Unit, 845 S, Figueroa Street, Los Angeles, CA 90017-2515.

Respectfully submitted,

ARMANDO C. SANTANA, J.D.
Pro-Se Litigant
3780 West Flagler Street
Coral Gables, Florida 33134
Tel: (305) 569-9944
Fax: (305) 529-9035

## DATA VERIFICATION

Please carefully review the information listed below to VERIFY that it is correct prior to submitting your application. This page DOES NOT confirm submittal of your application. If any information you entered is incorrect, use the "Skip Page and Jump To" function or the screen buttons on the left to return to screens 1 through 5 to make any required corrections. Otherwise, click the "NEXT" button to proceed to the last screen. Once your application is submitted and accepted online, you cannot make anymore changes to your application.

## EXAMINATION DATE

Examination date applying for: July 2014 California Bar Examination*

*Please ensure that you are submitting your application for the correct California Bar Examination. If the examination date listed above is incorrect, please go to the Examination Information screen and choose the appropriate examination date applying for.

## APPLICANT NAME/INFORMATION

Last name: Santana
First name: Armando
Middle name: Cesar
Generation:
U.S. Social Security Number: 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
State Bar registration number:

## MAILING ADDRESS

Street: ████████████
City: ███████
State: FL
Zip code: 33025
Country: US
Int'l postal code:

## CONTACT INFORMATION

E-mail address: asantana@alss.net
Phone number: (305) 528-1799
Foreign telephone number:

## APPLICATION INFORMATION

Applicant type: General
Examination applying for: General Bar Exam (3 days)

## TEST CENTER CHOICES

First choice: Doubletree Hotel - Westside (TA only)
Second choice: Ontario Convention Center (Laptop only)
Third choice: Pasadena Center (Laptop only)

◄ PREVIOUS        TOP ▲        NEXT ►

In association with the State Bar of California Office of Admissions. Copyright © 2000-2013 XAP Corporation. All Rights Reserved. XAP is a registered trademark of XAP Corporation. Reg. U.S. Pat. & TM Off. Use of this website constitutes acceptance of the XAP Terms of Use and Privacy Policy.

EXHIBIT A

6/3/2014 12:32 AM

## CERTIFICATION

### CERTIFICATION

☑  I hereby certify that I have read and understand that I must comply with all requirements of the Admissions Rules (*Admission Rules*) and I agree to the Committee of Bar Examiners' application policies, including the Refund of Fees/Withdrawal policy, instructions for application to take the California Bar Examination, and the Examination Administration instructions.

### APPLICATION DECLARATION

The person named as the applicant in the foregoing application and questionnaire declares:

I have carefully read the questions in the foregoing application and have answered them truthfully, fully, and completely, without mental reservations of any kind.

I hereby authorize educational or other institutions or agencies to release to the Committee of Bar Examiners (Committee) any information, files, transcripts or records requested by the Committee in connection with the processing of this application.

I further authorize the Committee to release information regarding my application to take the bar examination and my bar examination scores and pass/fail status to the law school to which I have been or will be allocated for the purposes of qualifying to take the California Bar Examination.

I hereby certify that I have read and understand that I must comply with all requirements of the *Admission Rules* and I understand that the fact that I have applied to take this examination may be shared with other bar admission authorities.

I agree to comply with the Committee of Bar Examiners' application and examination rules and policies, including the Refund of Fees/Withdrawal policy, instructions for the application to take the California Bar Examination, and the examination administration instructions and policies.

I declare under penalty of perjury under the laws of the State of California that my answers to the foregoing questionnaire and all statements by me herein are true and correct.

I fully understand that the Committee of Bar Examiners is the sole judge of the validity of the examination and, at its discretion, may determine that the result of any test or any part of any test or any individual's score is not valid. Should the Committee invalidate any part of the test, or if any individual's test is declared invalid or cannot be graded, the Committee may, at its discretion, decide to make a pass/fail decision on the basis of the valid portion of the applicant's test product available to the Committee. Should the Committee at any time determine that an insufficient test product is available to the applicant upon which to base a valid pass/fail decision, the Committee may require the applicant to present himself/herself for re-testing at a place and time designated by the Committee.

Note: This application is not an application for taking the First Year Law Student's Examination and not an Application for Moral Character Determination.

☑  I certify agreement with the terms and conditions given above.

### CREDIT CARD/LIABILITY AGREEMENT

The State Bar of California is not responsible or in any way liable for any computer hardware or software malfunction which may affect the application process. You assume all responsibility and risk for the use of this system and the Internet generally. The State Bar of California expressly disclaims any warranty that use of this system or the Internet generally will be uninterruptible or error free or that any information, software or other material accessible from the system is free of viruses or other harmful components. The State Bar of California shall not be liable for any direct, indirect, punitive, incidental, special or consequential damages arising out of or in any way connected with the use of this system or with the delay or inability to use it (or any linked sites), or for any information obtained through this system, or otherwise arising out of the use of this system, the Internet generally or on any other basis.

A Mastercard or Visa is required for submission of this application. If your credit card transaction is denied, you will not be able to submit your application until you enter another Mastercard or Visa number and try resubmitting your application.

Please be aware when you submit your credit card payment, your personal information and identifying information will be sent to VeriSign for the purpose of processing your application submission. The State Bar of California and Xap Corporation are not responsible for the privacy practices or content of such site. For your protection you should read and understand the privacy policy at any website you visit prior to providing personal information on that website.

☑  I certify agreement with the terms and conditions given above.

### FOR LAPTOP APPLICANTS ONLY

RELEASE OF LIABILITY
JULY 2014 CALIFORNIA BAR EXAMINATION
LAPTOP COMPUTER PROGRAM

I acknowledge that the Committee of Bar Examiners of The State Bar of California (Committee) is allowing examination applicants to use personal laptop computers with pre-installed SofTest software from ExamSoft (Software) to take examinations administered by the Committee. I understand that the use of personal laptop computers is offered by The State Bar of California (State Bar) as a convenience to me and that the State Bar does not warrant or guarantee said Software. I agree to bear sole responsibility for the use of said Software and I hereby release the State Bar (its Board of Trustees, officers, agents, representatives and employees, as the same may be constituted now and from time to time hereafter), including the Committee, from all liability, claims, damages, or demands for

✓ = completed and saved
current page = ☐

SKIP AND JUMP TO:
7 Certification

Armando,
do you have any
technical questions?

The State Bar of California | Application Submittal

https://www.calbarxap.com/applications/CalBar/California_Bar_Exa...

APPLICATION SUBMITTAL

AUSADdata:49244722|8357810519a52be37703fc6a09571512US
You have submitted your application to take the California Bar Examination to the Office of
Admissions of the State Bar of California.

Print a copy of the information you submitted in this application for your records only.

**What's Next**
An acknowledgement letter will be mailed within 2 weeks of submitting your application. If you submitted
incorrect fees, you will be notified in writing. Applicants who do not receive an acknowledgement letter
should contact the Los Angeles Office of Admissions. Inquiries regarding the status of an application
should be made in writing rather than by telephone and addressed to:

        Office of Admissions
        845 S. Figueroa Street
        Los Angeles, CA 90017-2515

**Registration Application:** Any person submitting an Application to take the California Bar Examination
must have registered as a law student or as an attorney with the Committee of Bar Examiners
(Committee) prior to submitting this application. Applicants who have previously taken the California Bar
Examination, or have previously filed a Registration Application and such application was approved by
the Office of Admissions of the State Bar of California, are not required to file the Registration
Application.

Otherwise, a separate Registration Application must be completed and approved within 10 days of
submitting your examination application. Failure to do so will result in the termination of your
examination application and your fees refunded.

**First Time General Applicants:** Proof of law study must be filed for all first-time applicants to
determine eligibility to take the California Bar Examination. After the application has been filed, a bar
coded Law School Certification form will be sent by the Office of Admissions to all the law schools
attended by the applicant. Law schools must certify that the applicant has fulfilled the legal education
requirements set forth in accordance with the provisions of Title 4, Chapter 3 Required Education of the
Rules of the State Bar of California (Admission Rules) in order to establish eligibility to take the
examination.

**First Time Attorney Applicants:** Please forward, within 10 days of filing the examination application,
a current Certificate of Good Standing and Admission (CGS) from all jurisdictions to which you are
admitted. You will receive a determination letter regarding your eligibility for the examination you
selected. If you are submitting the bar examination and registration simultaneously, you will only need to
submit one original copy of the CGS from each jurisdiction.

**Repeater Applicants:** General applicants are not required to submit additional documentation if
transcripts were previously submitted since eligibility has already been established. However, applicants
previously found eligible based on law school certification must submit transcripts in order to take this
examination. Attorney applicants will be contacted in writing if additional documentation is necessary.

**Admittance Tickets**
Admittance tickets will be available for printing from the Admission Status Screen once eligibility for the
examination has been determined approximately eight to ten weeks prior to administration of the
examination. You will not receive a ticket in the mail. You will receive an e-mail from
ticketready@calbar.ca.gov informing you that you can print your admittance ticket. If you have an
e-mail spam blocker, please add ticketready@calbar.ca.gov to your contact or safe list. Any applicant
not able to print an admittance ticket at least two weeks prior to examination, and who has not otherwise
been notified of being ineligible, must contact the Office of Admissions. You will not be allowed to take
the examination if you do not bring both a printed copy of your admittance tickets and a government-
issued ID to the test center.

Listed below is your confirmation for this application. If you want to print a copy of this page, use your
browser's print function.

| | |
|---|---|
| Applicant name: | Armando Santana |
| Social Security number: | ███████████ |
| State Bar registration number: | |
| Mailing address: | ██████████████<br>██████████<br>03025<br>US |
| Mailing address phone: | (305) 528-1799 |
| Foreign phone: | |
| E-mail address: | asantana@dss.net |
| Examination date: | July 2014 California Bar Examination |
| Examination type: | General |
| Applicant applying for: | General Bar Exam (3 days) |
| First test center choice: | Doubletree Hotel - Westside (TA only) |
| Second test center choice: | Ontario Convention Center (Laptop only) |
| Third test center choice: | Pasadena Center (Laptop only) |
| Confirmation number: | 1755-0G1407-1-06022014-10787652-31912011 |
| Date submitted: | 6/2/2014 9:38:07 PM |

SUBMITTED PAYMENT INFORMATION - California Bar Examination

| | |
|---|---|
| 6A. General Applicant Fee: | $614.00 |
| Laptop Fee: | $139.00 |
| Total | $753.00 |

Logoff

1 of 2

6/3/2014 12:37 AM

Gmail - Your Debit Card Transaction                    https://mail.google.com/mail/u/0/?ui=2&ik=e8913b6110&view=pt&se...

 Gmail
by Google

Armando Santana <armandoalss@gmail.com>

## Your Debit Card Transaction
2 messages

Chase <no-reply@alertsp.chase.com>
To: asantana@alss.net                                          Mon, Jun 2, 2014 at 5:59 PM

This is an Alert to help manage your account ending in 2628.

A $158.00 debit card transaction to MIAMI PHOTOTICKET    on 06/02/2014 5:59:44 PM EDT exceeded your
$125.00 set Alert limit.

If you have any questions about this transaction, please call 1-877-CHASEPC.

https://www.chase.com/accountprotection
----------------------

To see all of the Alerts available to you, please log on to www.Chase.com.
To reply to this Alert, please send us a secure message from your inbox on www.Chase.com.

Chase <no-reply@alertsp.chase.com>
To: asantana@alss.net                                          Tue, Jun 3, 2014 at 12:38 AM

This is an Alert to help manage your account ending in 2628.

A $753.00 debit card transaction to STATE BAR OF  CALIF  on 06/03/2014 12:38:06 AM EDT exceeded your
$125.00 set Alert limit.
[Quoted text hidden]

# EXHIBIT B

1 of 1                                                                                6/3/2014 1:01 AM

https://www.virginamerica.com/printReceipt.jsp?show=withRece

*america*

Print | ✕ Close

Itinerary and Receipt

**Thanks for booking.**
Here's your flight confirmation to print out for your trip. See you onboard.
Please note: It may take up to 30 minutes to receive your confirmation email.
Confirmation Code: NIUHXQ

TRAVEL GUARD

**Who's Flying**

| Traveler Name | Ticket Number | Traveler Type | Frequent Flyer Program (i) | Frequent Flyer # | Points (i) |
|---|---|---|---|---|---|
| Armando Cesar Santana | 9842139219083 | Adult | | | |

**Where You're Going**

DEPARTING

Sunday, 7/27/2014   - Flight 321     Seat Type: Main Cabin
Depart: Fort Lauderdale, FL (FLL)     7:05 AM
Arrive: Los Angeles, CA (LAX)     9:25 AM

| Traveler(s) | Seat # | Extras |
|---|---|---|
| ARMANDO CESAR SANTANA | 16F | |

RETURNING

Thursday, 7/31/2014   - Flight 338     Seat Type: Main Cabin
Depart: Los Angeles, CA (LAX)     9:45 PM
Arrive: Fort Lauderdale, FL (FLL)     5:50 AM

| Traveler(s) | Seat # | Extras |
|---|---|---|
| ARMANDO CESAR SANTANA | 17A | |

This total for 1 Traveler(s)

**Price Details:**

| | |
|---|---|
| Base Fare (x1): | $531.16 |
| Federal Excise Tax | $39.84 |
| Fare: | $571.00 |
| Domestic Taxes and Fees: (i) | $22.00 |
| Total: | $593.00 |

Traveler Billing Address

Armando Santana
11925 S.W. 17th Ct.
Miramar, FL 33025
US

Payment

**Payment by Credit Card**

Card Type: Discover
Cardholder Name: Armando C. Santana

Gmail - DoubleTree by Hilton Confirmation #81884766

https://mail.google.....m/mail/u/0/?ui=2&ik=e8913b6110&view=pt&s



## DoubleTree by Hilton Confirmation #81884766

1 message

**DoubleTree by Hilton Confirmed** <doubletreebyhilton@res.hilton.com>
Reply-To: CONFIRMATIONHELP@hiltonres.com
To: "asantana@aiss.net" <asantana@aiss.net>

Tue, Jun 10, 2014 at 1:05 PM



THE COUNTDOWN BEGINS!



**DoubleTree by Hilton Hotel Los Angeles - Westside**
6161 West Centinela Avenue | Culver City | CA |
United States 90230
T: 1-310-649-1776 | F: 1-310-649-4411

Reservation Confirmation

| Rooms & Suites | Dining | Amenities & Services | Map & Directions |

Thank you for booking with us, Armando Santana

Confirmation: 81884766         Modify Reservation
Arrival:               27 Jul 2014  3:00 PM
Departure:             31 Jul 2014  12:00 PM

**Rate Information:**
Rate Type:
    STATE BAR EXAM JULY
Rate per night:      123.00  USD
Total for Stay per Room:
    Rate        492.00 USD
    Taxes       69.22 USD
    Total       561.22 USD

Total for Stay:      561.22 USD
Includes estimated taxes and service charges. (Gratuities not included.)

Tax:
• 14.00% per room per night
• 0.07% per room per night

Additional Charges:
• Self parking: 17.00/night

**Room Information:**
Rooms:        1                We are a smoke-free hotel
Clients:      1 Adult
Room Type:    2 DOUBLE BEDS NONSMOKING

**Rate Rules and Cancellation Policy:**
• Your reservation is guaranteed for late arrival.
• Please contact us should you need to cancel your reservation.
• Cancellations are required by 4PM on 26 Jul 2014 local hotel time.
• Cancellation penalties may apply.









STAY CONNECTED WITH
DOUBLETREE BY HILTON



        

6/10/2014 1:15 PM

# DOUBLETREE
### BY HILTON
LOS ANGELES • WESTSIDE

6161 W. Centinela • Culver City, CA 90230
Phone (310) 649-1776 • Fax (310) 649-4411
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

**Name & Address**

SANTANA, ARMANDO
11925 SW 17 CT
MIRAMAR FL 33025
UNITED STATES OF AMERICA

| | |
|---|---|
| Room | 105/ND2 |
| Arrival Date | 7/27/2014  3:50:00 PM |
| Departure Date | 7/31/2014  1:52:00 PM |
| Adult/Child | 1/0 |
| Room Rate | 123.00 |
| Rate Plan: | SBA |
| HH #: | |
| AL: | |
| Car: | |

*Folio*

Confirmation Number: 81884766

7/31/2014

HHONORS
HILTON WORLDWIDE




CONRAD



Hilton













HOME



Hilton
Grand Vacations

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/27/2014 | 1319426 | PARKING | $5.00 |
| 7/27/2014 | 1319427 | GUEST ROOM | $123.00 |
| 7/27/2014 | 1319427 | OCCUPANCY TAX | $17.22 |
| 7/27/2014 | 1319427 | CA TOURISM TAX | $0.08 |
| 7/28/2014 | 1320128 | SHARE BISTRO - BREAKFAST | $24.75 |
| 7/28/2014 | 1320472 | PARKING | $5.00 |
| 7/28/2014 | 1320473 | GUEST ROOM | $123.00 |
| 7/28/2014 | 1320473 | OCCUPANCY TAX | $17.22 |
| 7/28/2014 | 1320473 | CA TOURISM TAX | $0.08 |
| 7/29/2014 | 1321098 | SHARE BISTRO - BREAKFAST | $24.75 |
| 7/29/2014 | 1321455 | PARKING | $5.00 |
| 7/29/2014 | 1321456 | GUEST ROOM | $123.00 |
| 7/29/2014 | 1321456 | OCCUPANCY TAX | $17.22 |
| 7/29/2014 | 1321456 | CA TOURISM TAX | $0.08 |
| 7/30/2014 | 1322059 | SHARE BISTRO - BREAKFAST | $24.75 |
| 7/30/2014 | 1322449 | PARKING | $5.00 |
| 7/30/2014 | 1322451 | GUEST ROOM | $123.00 |
| 7/30/2014 | 1322451 | OCCUPANCY TAX | $17.22 |
| 7/30/2014 | 1322451 | CA TOURISM TAX | $0.08 |
| 7/31/2014 | 1323061 | SHARE BISTRO - BREAKFAST | $24.75 |
| 7/31/2014 | 1323230 | TELEPHONE-LD (INTERSTATE) Ext-#7105 7548165746 0003  16:06 | $8.95 |
| 7/31/2014 | 1323234 | DS *0779 | ($689.15) |
| | | **BALANCE** | $0.00 |

ACCOUNT NO
DS *0779

CARD MEMBER NAME
SANTANA, ARMANDO

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

CARD MEMBER'S SIGNATURE
X

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR REFUNDED FOR A CASH REFUND

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| 7/31/2014 | 278844 A |

| AUTHORIZATION | INITIAL |
|---|---|
| 02750R | |

PURCHASES & SERVICES

TAXES

TIPS & MISC

| TOTAL AMOUNT | -689.15 |
|---|---|

PAYMENT DUE UPON RECEIPT

www. Reservation request
https://www.c....z.com/book/bookingconfirmation?locators=BBC

Hotels    Flights    Vacation Packages    Cars    Cruises    Deals    Activities

## Reservation request - confirmation of receipt

Thank you for booking on Orbitz

We'll send a confirmation e-mail to asantana@alss.net with your reservation details.

### Car: Los Angeles Sun, Jul 27, 2014

Trip  New!                          Lillian
                                    1 Trip

Print f
Print receipt
E-mail itinerary
Add to Calendar

Select My Trips to view other trips and
account information.

#### Cost and billing summary

Car rental

Base rate:                    $170.00
Taxes and fees                $15.30
Total car rental estimate:    $185.30

Amount due at booking:        $0.00
Amount due at pick-up:        $185.30
Base rate and taxes and fees

Prices listed are in USD unless noted.

This reservation was made on Tue, Jun 10, 2014 12:52 PM
CDT .

#### Car policies and additional billing information

- When you pick up your car, you must have a valid credit card in the driver's name.
- Cancellation fee may apply.
- Avoid unexpected charges and hassles by reading these additional car rental rules.

#### Traveler information

Name, loyalty program, and contact information

#### Car information

Orbitz record locator: PBORB7186209604

Cancel reservation | Change reservation | Car rental rules

Rental

Midway Car Rental Economy Car                    Midway

Pick-up

Sun, Jul 27, 2014 | 11:00 AM | Los Angeles Airport, El Segundo (LAX) | Off airport
6151 W CENTURY BLVD STE 100
LOS ANGELES, CA 90045

Phone:        866-717-6802

Shuttle information
Arriving on     Virgin America 321
flight:

Drop-off

Thu, Jul 31, 2014 | 6:00 PM | Los Angeles Airport, El Segundo (LAX) | Off airport
(Same location as pick-up)

Show detailed car reservation information


Site Feedback

6/10/2014 1:52 ...



# The State Bar of California
## Office of Admissions

180 HOWARD STREET · SAN FRANCISCO, CALIFORNIA 94105-1617 · (415) 538-2300
845 S. FIGUEROA STREET · LOS ANGELES, CALIFORNIA 90017-2515 · (213) 765-1500

June 4, 2014

Armando Cesar Santana
11925 S.W. 17th Ct.
Miramar FL 33025

RE: APPLICATION TO TAKE THE EXAMINATION

The Office of Admissions' records indicate that your application has been filed and is being processed.  The following information references your application:

Examination:                July 2014 California Bar Examination
Registration File #:         124779
Application Number:          9005
Registration Type:          General
Examination Applied For:    General Bar Exam
Assigned Test Center:       DOUBLETREE HOTEL-WESTSIDE

Permanent test center assignment will be made once the testing accommodations petition has been granted/denied.

For Laptop Certification instructions/hotel information see  http://admissions.calbar.ca.gov.

Admittance tickets will be available for printing from your Admissions Status Screen approximately 8 weeks prior to the examination, once the processing of the application is complete and you are found eligible to take the examination.  If you have any questions regarding this notice, please contact the Office of Admissions at (213) 765-1500.

If you have an email spam blocker, please also add ticketready@calbar.ca.gov to your contact or safe list.  You will receive an email from this email address informing you when you can print your admittance ticket through the Admissions Status screen.

Sincerely,
THE COMMITTEE OF BAR EXAMINERS

# EXHIBIT C



# THE STATE BAR OF CALIFORNIA
## OFFICE OF ADMISSIONS

180 HOWARD STREET • SAN FRANCISCO, CALIFORNIA 94105-1617 • (415) 538-2300
845 S. FIGUEROA STREET • LOS ANGELES, CALIFORNIA 90017-2515 • (213) 765-1500

June 17, 2014

Armando Cesar Santana
11925 S.W. 17th Ct.
Miramar, FL 33025

RE: July 2014 California Bar Examination

File # 124779

Dear Mr. Santana:

Review of your request for testing accommodations during administration of the July 2014 California Bar Examination, which you submitted with your application to take the examination, has been completed. Enclosed please find a Testing Accommodations Notice, which specifies the accommodations that have been granted, the test center to which you have been assigned, and a bulletin entitled: "Important Information and Guidelines for Applicants Granted Testing Accommodations During Administration of the July 2014 California Bar Examination."

Should you decide not to take the examination, for whatever reason, it would be appreciated if you would please notify Kecia Johnson at (415) 538-2185. Notifying Ms. Johnson, no later than Friday, July 25, 2014, will greatly assist the Committee in ensuring that the appropriate arrangements are made for administration of the examination.

If you have questions or need any further assistance, please feel free to contact the office at the above address.

Sincerely,

Sandra Hernandez

Sandra Hernandez
Sr. Administrative Assistant

## THE COMMITTEE OF BAR EXAMINERS OF THE STATE BAR OF CALIFORNIA
### TESTING ACCOMMODATIONS NOTICE

| | |
|---|---|
| Name of Applicant: | **Armando Cesar Santana** |
| File No.: | 124779 |
| Applicant No.: | 9005 |
| Examination: | July 2014 California Bar Examination |
| Date of Notice: | June 17, 2014 |
| Test Center Assignment: | S107 |
| | Doubletree Hotel - Westside |
| | 6161 W. Centinela Ave. |
| | Culver City |
| | (Laptop) |

The exam files that contain your answers for the written portion of the examination should be uploaded as soon as possible following the examination sessions. **You must upload all four (4) exam answer files by 12:00 p.m. (Pacific Time), Friday, August 1, 2014.** There are significant sanctions for not uploading your exam files by the deadline. Please refer to the bulletin associated with your admittance ticket, which will be available online after eligibility to take the examination is verified.

**Accommodations Granted:**

- A total of 4 hours for each session of the examination.

**Examination Schedule:**

Instructions for the examination will begin at the time noted below and the examination session will commence immediately upon conclusion of the reading of the instructions. If you are not seated and ready to go by the report time, the timing of your examination session will start 15 minutes from the report time regardless of whether the instructions have been completed. Any time lost, including time used for reading instructions, will not be added to the test session.

| Date | Day | Report Time | Session | Total Time |
|---|---|---|---|---|
| 7/29 | Tuesday | 8:45 a.m. | Essay Questions 1, 2 and 3 | 4 hours |
| 7/29 | Tuesday | 2:30 p.m. | Performance Test - A | 4 hours |
| 7/30 | Wednesday | 8:45 a.m. | MBE - AM | 4 hours |
| 7/30 | Wednesday | 2:30 p.m. | MBE - PM | 4 hours |
| 7/31 | Thursday | 8:45 a.m. | Essay Questions 4, 5 and 6 | 4 hours |
| 7/31 | Thursday | 2:30 p.m. | Performance Test - B | 4 hours |

Each day a lunch break will occur between sessions, which will be scheduled in accordance with the information contained in the "Important Information and Guidelines for Applicants Granted Testing Accommodations" bulletin. Applicants will not be allowed to remain in the secure test area during the lunch break and are expected to report back to the test center at the time indicated in the above schedule. Applicants are not allowed to take the break in their examination rooms unless that accommodation has been specifically requested and granted.



THE STATE BAR OF CALIFORNIA
COMMITTEE OF BAR EXAMINERS/OFFICE OF ADMISSIONS

180 Howard Street • San Francisco, CA 94105-1639 • (415) 538-2300
845 S. Figueroa Street • Los Angeles, CA 90017-2515 • (213) 765-1500

## IMPORTANT INFORMATION AND GUIDELINES FOR APPLICANTS GRANTED TESTING ACCOMMODATIONS DURING ADMINISTRATION OF THE JULY 2014 CALIFORNIA BAR EXAMINATION

This bulletin is intended to supplement the information provided to you in the Testing Accommodations Notice (Notice) advising you of the testing accommodations that have been granted during administration of the July 2014 California Bar Examination. Unless specifically referred to in the Notice, you will be examined under the same policies and conditions as all other applicants, which are outlined in the admittance ticket bulletin that will be available for printing with your admittance ticket for the examination. This includes, but is not limited to, the items that may be brought into the test center (i.e., wrist splints, medication, etc.), security requirements and time remaining announcements.

Should you decide not to take the examination, for whatever reason, please notify the Testing Accommodations department in the San Francisco Office of Admissions at (415) 538-2185.

The fact that you have been granted testing accommodations should not be considered as a determination that you have met the eligibility requirements to take the examination. Once you are found eligible to take the examination by the Office of Admissions, an admittance ticket will be available for printing from your Status Screen. You must bring the admittance ticket with you to the test center on Monday, July 28, 2014 and all days during which the examination is being administered.

If you are granted accommodations after printing your admittance ticket for a standard test center, and as a result of the accommodations granted you are assigned to a new test center, you will be able to print an admittance ticket reflecting the new test center through your Status Screen. The assigned test center location will be included on the Notice.

Only the accommodations granted in advance of administration of the examination and stated in the Notice will be provided. Requests for accommodations, in addition to those that have been granted and communicated to you in advance of the examination, will not be considered after the final examination application filing deadline for the examination.

If you will be using your laptop computer with SofTest (the examination security software) installed during the examination, you are advised to complete the certification process as soon as possible so if you encounter problems ExamSoft will have the opportunity to assist you in resolving them prior to the examination. You must be certified to use SofTest no later than July 25, 2014. If your laptop or SofTest is not operational when the examination begins, you will have to handwrite your examination answers. An ExamSoft technician will not be available to assist you.

### Check-In on the Monday Prior to the First Day of the Examination

You must check-in at your test center on Monday, July 28, 2014. If your last name begins with A-M, you should plan to arrive at the test center between 2:00 p.m. - 3:00 p.m. on Monday. If your last name begins with the letters N-Z, you should plan to arrive at the test center between 3:00 p.m. - 4:00 p.m. on Monday. At that time, you will receive your room assignment, your equipment will be inspected (if applicable) and all necessary arrangements will be confirmed to

ensure that all accommodations granted are provided, within any limitations that may be imposed as a result of test center logistics or availability.

## General Information Regarding Accommodations

- Applicants with three-day schedules will take the examination in the same sequence as those taking the examination at standard test centers. To ensure the security of the examination, applicants granted extended day schedules will have a different sequence for the examination sessions, which will be specified in the schedule provided in the Notice. The sequence of examination sessions may change from one administration of the examination to the next. Applicants should refer to their Notices to confirm in which sequence the examination sessions will be given for this administration of the examination.

- Applicants with extended day schedules are prohibited from discussing the examination with other applicants or accessing any information regarding the examination through electronic or any other means until the examination has concluded; they will be required to sign a statement to that effect before the examination begins. Due to the logistics of the test center, timing requirements, proctor assignments, etc., extended day applicants may be assigned to different rooms after the first three days of the examination.

- Due to the logistics of the test center, sometimes private or semi-private rooms are assigned as a matter of course and such an assignment should not be construed as an accommodation that an applicant is entitled to or that will necessarily be made in the future. Those applicants not granted private or semi-private rooms may be assigned to take the examination in rooms with three to 40 or more applicants.

- The Multistate Bar Examination (MBE) scantron answer sheet is not available in large print. Applicants who have been granted large print materials may, as an option, circle their answers to the MBE questions in the MBE question booklet, which will be transferred to the MBE scantron answer sheet by staff after that session of the examination has concluded. If an applicant has been granted large print and chooses the option of circling his/her answers or if the applicant has been granted permission to circle his/her answers in the MBE question booklet, he/she will not be allowed to monitor or review the transfer of answers from the question booklet to the scantron sheet. The process is double-checked by staff to ensure that the answers are appropriately transferred. If an applicant circles more than one answer for one question, both answers will be marked on the answer sheet and, according to the procedures in place for grading the MBE portion of the examination, credit will not be given since only one answer must be marked.

- Applicants who have been granted permission to bring personal items into the examination room must bring their own extension cords, batteries, etc., to ensure that any personal items needing such things will be operational during the examination.

- Unless granted permission in advance, applicants are not permitted to have any extraneous or personal items, i.e., backpacks, lunches, etc., with them in their testing rooms. Such items will not be allowed into the testing rooms and must be left outside of the secure testing area, i.e., in an applicant's hotel room or car.

- Applicants are not permitted to make arrangements with the test center or hotel staff in advance of the examination for the provision of special equipment, tables, extra lighting, podiums or other items. Unless otherwise granted, the standard items, i.e., table and chair, needed to take the examination will be provided.

- Proctors will be in the testing rooms and the doors to the examination rooms will remain open at all times.

- Beds or appliances, i.e., coffee makers, refrigerators, etc., that may be present in an examination room, may not be used by applicants, unless specifically granted as an accommodation in advance.

- Applicants using laptop computers with SofTest installed are subject to the same program policies and requirements as applicants taking the examination under standard conditions who have been assigned to Laptop test centers, which includes exiting the software when time has been called and uploading exam answer files by the deadlines.

- Applicants using laptop computers with SofTest installed, who were specifically granted that particular accommodation, are generally subject to the same requirements as applicants taking the examination under standard conditions who have been assigned to Laptop test centers. Applicants granted permission to bring their own computers as an accommodation, however, may elect to bring back-up computers in the event their original computers fail to work properly. Applicants must contact ExamSoft to make arrangements to download SofTest onto a second computer.

- Applicants who have been granted permission to use their own computers without SofTest installed must adhere to certain procedures.  The only software allowed to remain on the computer's hard drive are the computer's operating software, the special software, e.g., JAWS or Dragon Naturally Speaking, that the applicant was granted permission to use and the software that will allow the printer to operate and produce documents.  All other software programs, i.e., games, Excel, Power Point, picture editing software, etc., must be deleted from the hard drive and all text files must be eliminated from the word processing program hard drive directory before coming to the examination. In addition to bringing their own computers, applicants must bring their own compatible printers so that their answers can be printed after each session is concluded.  The computers and printers must be brought to the test center on Monday, July 28, 2014, so that they can be inspected to ensure they meet the requirements stated above.  If a computer or printer is removed from the secure testing area after it has been inspected, the equipment will have to be re-inspected prior to being used.  Applicants granted this accommodation may elect to bring back-up computers, which also must be cleared of all extraneous programs and files and be inspected as noted above, in the event their original computers fail to work properly.

## Proctors and Office of Admissions Staff

In addition to a Staff Member in Charge and staff representative(s) from the Office of Admissions, each test center will have an appropriate number of proctors assigned to it. They are there to assist in the administration of the examination, which does not include providing special services and responding to special requests from applicants.  If there is a problem, however, with the accommodations or the examination, applicants should immediately notify a proctor or an Office of Admissions staff member.

Proctors will be assigned to monitor the examination as appropriate for each test center, which includes them sitting inside the examination room.  In addition, Office of Admissions and State Bar staff, members of the Committee of Bar Examiners and members of the State Bar's Board of Trustees may be monitoring the examination administration; they have the right to enter any room at any time to view the examination in progress.

## Examination Timing

On each day of the examination, applicants should plan to arrive at least 15 minutes before their scheduled report times as specified on the schedules included in the Notices. They must be seated at the time noted on the schedules; instructions for the examination will begin at that time.

If an applicant is seated and instructions begin on schedule, which is the report time on the Notice, the timing for the examination session will begin immediately upon conclusion of the instructions. If an applicant is late, however, the examination session timing will begin 15 minutes after the scheduled report time that is on the Notice, even if they are not finished with reading the instructions. Time will not be extended to make up for the time lost due to an applicant's late arrival. Applicants arriving more than one hour after the examination session is scheduled to start will not be allowed to enter the examination test centers and they will not be allowed to continue taking the examination.

## Lunch Breaks

Whether an applicant is expected to depart or remain within the test center for the lunch break is noted in the applicant's Notice under the examination schedule.

Most applicants are granted lunch breaks, which will be taken during the course of the examination and scheduled as directed by the Staff Member in Charge. Applicants do not have the option of determining when their lunch breaks will be taken. While the lunch breaks may be scheduled in accordance with an applicant's preferred time, such will not be guaranteed. Applicants will be advised of the timing of the lunch break before the session begins in the morning. Lunch breaks will not be broken into smaller segments.

All applicants are responsible for their own lunches. Applicants are not allowed to order room service or have lunch brought to them while in the test center during the examination. Water will be available nearby; other beverages will not be available.

Applicants who have been granted lunch breaks during extended sessions (generally examinations administered over more than three days) must bring their lunches, which may be brought in a small cooler, with them to the test center. Lunches will be stored in a common area. Unless specifically granted permission to have food with them in their examination rooms, applicants will not have access to their lunches or other food except during the scheduled lunch break. Applicants **must** take the lunch break in the designated area. Applicants will not be permitted to communicate with other applicants, bring in extraneous items such as cell phones, tablets, books, pens, paper, etc., make notes or lie down in the lunch room during the break.

Applicants who have been granted the accommodation of remaining in the examination room during the lunch break, which must be granted in advance in accordance with the deadlines associated with the processing of petitions for any particular examination, will be required to leave the door open and a proctor will be assigned to remain in the room throughout the lunch break.

BXTAGrantBul.0714

OFFICE OF ADMISSIONS
THE STATE BAR OF CALIFORNIA
845 South Figueroa Street
Los Angeles, CA 90017-2515

Hasler
05/17/2014
US POSTAGE $000.48°

FIRST-CLASS MAIL

ZIP 90017
011D12639605



THE STATE BAR OF CALIFORNIA
COMMITTEE OF BAR EXAMINERS/OFFICE OF ADMISSIONS

FORM
1100

NOTICE OF VIOLATION OF EXAMINATION RULES OR POLICIES
PURSUANT TO TITLE 4, DIVISON 1, CHAPTER 6 OF THE *ADMISSIONS RULES*

TO: _Armando Santana_          _9005_
     (Examinee Name)               (Examinee Number)

FROM: _Nathalie Hope_
        (Staff Representative)

DATE/TIME
INCIDENT
OCCURRED: _7/31/2014    pm_

SESSION
INCIDENT
OCCURRED: _Essay 4,5,6_

DATE/TIME NOTICE ISSUED TO EXAMINEE: _7/31/2014   1:05 pm_

TEST CENTER: _5107_

In accordance with Chapter 6 of the *Admissions Rules*, examinees taking examinations administered by the Committee of Bar Examiners (Committee) are expected to comply with all examination administration instructions, rules and policies. You violated an examination rule or policy, as indicated below:

☐ You had an unauthorized item in the examination room. **Confiscated items will not be returned. The following item was confiscated from you:**

_____

☐ You submitted examination answers that **do not comply** with examination instructions and rules. The material will be accepted for the purpose of safekeeping. Office of Admissions' staff offers no suggestion, guarantee or speculation, through implication or otherwise, as to what action, if any, the Committee may take with regard to this matter, including whether the material submitted will be accepted by the Committee for grading.

☐ You were observed writing, typing, erasing, or marking after the announcement "STOP WRITING/TYPING" was made at the conclusion of the session noted above.

☐ Your conduct resulted in a violation of security and/or disrupted the administration of the examination.

☑ Other: _Cellular Phone went off Right by_

This incident will be reported to the Committee in accordance with the provisions of Chapter 6 of the *Admissions Rules*. You may submit a statement regarding this incident, which must be postmarked, or received in the Los Angeles Office of Admissions, no later than ten (10) days following the final day of the examination to:

> **Director for Operations and Management**
> **Office of Admissions**
> **The State Bar of California**
> **845 South Figueroa Street**
> **Los Angeles, CA 90017-2515**

Signed by: _Nathalie Hope_          Date: _7/31/14_
             (Staff Member who issued Notice)

**EXHIBIT D**

*Attorneys' Legal Support Services, Inc.*
3780 West Flagler Street
Coral Gables, Florida 33134

Tel: (305)569-9944
Fax: (305)529-9035
E-mail: asantana@alss.net

July 1, 2007: *Oct. 15, 2010*

THE STATE BAR OF CALIFORNIA
1149 South Hill Street
Los Angeles, CA. 90015-2299

Attn: <u>Office of Admissions</u>          "RETURNED AND CERTIFIED MAIL"

RE: <u>ARMANDO C. SANTANA</u>
Testing Accommodations

Dear Sir/Madam:

Attached please find my application for Testing Accommodations and Confirmation of Application for the upcoming February 2011 Bar Examinations. My apologies for not having submitted them earlier because I totally forgot that registration started on October 1, 2010 due to last pending law schools courses with Concord Law School (i.e. Capstone and Federal Tax Law) which should be finished by December of this year.

Therefore, upon receipt of the foregoing should you have any questions, please do not hesitate to contact the undersigned at your earliest convenience. Your anticipated assistance and cooperation in this matter will be greatly appreciated.

Respectfully Submitted,

ARMANDO C. SANTANA
Pres./Off. Mngr- Applicant

ACS/
Encls.
File

**EXHIBIT E**

*ATTORNEY'S LEGAL SUPPORT SERVICES, INC.,* 3780 West

Flagler St., Miami, Fl. 33134- Tel. (305) 569-9944/Fax (305) 529-9035



**THE STATE BAR OF CALIFORNIA**
COMMITTEE OF BAR EXAMINERS/OFFICE OF ADMISSIONS
180 Howard Street • San Francisco, CA 94105-1639 • (415) 538-2303
1149 South Hill Street • Los Angeles, CA 90015-2299 • (213) 765-1500

## SUBSEQUENT PETITION FOR TESTING ACCOMMODATIONS

Name: _ARMANDO C. SANTANA_

Address: _1925 SW. 17th QF,_

_MIRAMAR, FL, 33025_

Registration No. _Confirmation # 1755-06-1102-1-1015 2010 -1786_

Daytime Telephone Number: _(305) 528-1799     18543138 (See Attach_

Examination Applying For:  ☐ First-Year Law Students' Examination (FYLSX)
☑ General Bar Examination  ☐ Attorneys' Examination

Date of Examination: _FEB-2011_
(Month/Year)

Test Center Location/Method*:     ☐ San Francisco        ☑ Los Angeles
☐ San Diego            ☐ Sacramento

☐ Handwrite  ☑ Laptop Computer  ☐ Word Processor/Typewriter  ☐ Other_____

Disability: _ASTHMA_

Date of Examination Last Taken with Testing Accommodations: _N/A._

My disability is permanent and I would like exactly the same testing accommodations that I received on a previous examination. (Applicants with temporary disabilities and those who would like to request modified accommodations, should **not** use this form and must complete and file new testing accommodations application forms with the appropriate documentation by the established deadlines, which are contained in the information that accompanies the examination application materials. Application forms are available by downloading them from the Admissions portion of the State Bar's website at _____ or upon request from either the San Francisco or Los Angeles Office of Admissions. Applications to take the examination are separate from this form and must be filed by the established deadlines.

Signature: _____     Date: _10/15/10._

Forward the completed and signed form to:     Office of Admissions of The State Bar of California
Attn: Testing Accommodations
180 Howard Street
San Francisco, CA 94105-1639

*Only Los Angeles and San Francisco test centers are available for the FYLSX. Unless applicants can establish a direct connection between their disabilities and the use of such equipment, applicants using word processors/typewriters must pay the typing fee and applicants using computers must pay the Laptop fee at the time their applications to take the examination are submitted.

Application to Take the California Bar Examination Submission                    Page 1 of 2

Armando Santana

**From:**    Los Angeles Office of Admissions [admissions.la@calbar.ca.gov]
**Sent:**    Saturday, October 16, 2010 1:35 AM
**To:**      Armando Santana
**Subject:** Application to Take the California Bar Examination Submission

# California Bar Examination

Dear Armando:

You have submitted your application for the **G1102** to the Office of Admissions of
the State Bar of California.

Your confirmation number is: **1755-0G1102-1-10152010-10787652-18543138**.

To get certified using a laptop for the California Bar Examination, please go
to                                           and click and follow the instructions on the
Laptop Computer Program Bulletin.

No Transcript Attachments will be available at this email contact

Applications not brought to a complete and filed status are subject to late filing fees
and if not resolved by the final filing deadline, will be abandoned and no refund of
fees will be given.

If you have previously taken the California Bar Examination, or have previously filed
a Registration Application and the Office of Admissions of the State Bar of
California approved that application, you are not required to file another
Registration Application.

However, if you have never registered with the Office of Admissions, a separate
                                    must be completed and approved within 10 days of
submitting your examination application; otherwise your California Bar Examination
Application will be terminated.

General Applicants Registration approval requires receipt of all undergraduate
transcripts unless you have a bachelor's degree.

Attorney applicants should submit original Certificate(s) of Good Standings within
10 days of submitting their examination application.

Once an examination application is terminated, if you reapply, any applicable late
fees will be charged.

## You can find more information about the Examination Administration
Rules and Policies at

Note: Non California law schools usually require their applicants request legal
education certifications/transcripts directly from the school.

10/16/2010

Application to Take the California Bar Examination Submission                          Page 2 of 2

One of the requirements for admission is a positive moral character determination.

If you have not yet filed your moral character determination application, your admission to practice law may be delayed if you are successful on the bar examination. You are advised to submit one as soon as possible.

The processing of a standard moral character determination application generally takes a minimum of 180 days to complete.

To check the status of this application or your overall admission status, you can use the online application system to access your admission status screen.

10/16/2010



## THE STATE BAR OF CALIFORNIA
## COMMITTEE OF BAR EXAMINERS/OFFICE OF ADMISSIONS

180 Howard Street • San Francisco, CA 94105-1639 • (415) 538-2300
1149 South Hill Street • Los Angeles, CA 90015-2299 • (213) 765-1500

### FEBRUARY 2011 CALIFORNIA BAR EXAMINATION

**DATE:** Tuesday, Wednesday and Thursday, February 22, 23 and 24, 2011
**TIME:** Applicants using laptop computers must be seated no later than 8:20 a.m. All applicants must be seated no later than 8:30 a.m. There are two three-hour sessions each day of testing. Additional information concerning the timing and other administrative rules and policies are contained in a bulletin that will be enclosed with the admittance tickets, which are mailed to applicants before the examination, and available online at                          , under the California Bar Exam tab.

### IMPORTANT DEADLINES

#### Application Filing

| | |
|---|---|
| Timely Filing Deadline | November 1, 2010 |
| $50 Late Filing Fee | November 2, 2010 – November 30, 2010 |
| $250 Late Filing Fee | December 1, 2010 – January 18, 2011 |
| Final Filing Deadline | January 18, 2011 |

#### Withdrawals

| | |
|---|---|
| Withdrawal Deadline (60% refund – 30 days after timely filing) | December 1, 2010 |
| Withdrawal Deadline (30% refund – 45 days after timely filing) | December 16, 2010 |
| Final Deadline to Withdraw from Examination (No refund) | February 8, 2011 |

#### Other Important Deadlines

| | |
|---|---|
| Change of Address Deadline | January 18, 2011 |
| Examination Type Change Request (Attorney Applicants only) | January 18, 2011 |
| Test Center Change Request Deadline | January 18, 2011 |
| Testing Accommodations Petition Final Filing Deadline (Petitions must be complete) | January 18, 2011 |
| Appeal of Testing Accommodations Petition Decision Final Deadline | February 1, 2011 |
| Final Eligibility Deadline | February 8, 2011 |
| Proof of Admission (first-time Attorney Applicants) | February 8, 2011 |
| Proof of Law Study (first-time Applicant for the General Bar Examination) | February 8, 2011 |

### EXAMINATION TEST CENTERS

#### LOS ANGELES AREA:

| | |
|---|---|
| Ontario Convention Center<br>2000 Convention Center Way<br>Ontario | Laptop Computers (L400)<br>Writers (W402) |
| Pasadena Convention Center<br>300 East Green Street<br>Pasadena | Laptop Computers (L102)<br>Writers (W102) |
| Radisson Hotel Westside<br>6161 Centinela Avenue<br>Culver City | Testing Accommodations (S107)<br>(Restricted to applicants with disabilities who have been granted accommodations.) |

California Market Place
110 Ninth Street
Los Angeles

Testing Accommodations (S103)
(Restricted to applicants with disabilities
who have been granted accommodations.)

Doubletree Hotel
100 The City Drive
Orange

Testing Accommodations (S260)
(Restricted to applicants with disabilities
who have been granted accommodations.)

SAN DIEGO:

Town & Country Hotel
500 Hotel Circle North
San Diego

Laptop Computers (L302)
Writers (W302)

Four Points by Sheraton Hotel
8110 Aero Drive
San Diego

Testing Accommodations (S301)
(Restricted to applicants with disabilities
who have been granted accommodations.)

SAN FRANCISCO/OAKLAND BAY AREA:

Oakland Convention Center
1001 Broadway (at Tenth)
Oakland

Laptop Computers (L600)
Writers (W600)

Crowne Plaza Hotel
1177 Airport Blvd
Burlingame

Testing Accommodations (S623)
(Restricted to applicants with disabilities
who have been granted accommodations.)

SACRAMENTO:

Sacramento Convention Center
1400 J Street
Sacramento

Laptop Computers (L701)
Writers (W705)

Hilton Sacramento Arden West
2200 Harvard Street
Sacramento

Testing Accommodations (S706)
(Restricted to applicants with disabilities
who have been granted accommodations.)

FEES

**All Applicants Must Pay the Required Fees**

California Bar Examination Fees:
General Applicants
Attorney Applicants

$584.00
$849.00

Laptop Computer Fee (Applicable only if using laptop computer)
Late Laptop Computer Fee
(Request received subsequent to filing application)

$132.00
$ 15.00

TIMELY FILING AND FINAL DEADLINES

To avoid payment of a late filing fee, a complete application must be submitted in complete form online through the online application process no later than midnight, or otherwise received in hard copy by the Los Angeles Office of Admissions no later than 5:00 p.m. by the timely filing deadline. The Office of Admissions is not responsible for the failure of an applicant to follow directions for submission of a complete application online, nor lost, misdirected, or postage-due mail.

To be accepted for processing in connection with administration of the February 2011 California Bar Examination, all applications to take the examination must be submitted in complete form online through the online application process no later than midnight, or otherwise received in Los Angeles Office of

2

Admissions no later than 5:00 p.m. by the final filing deadline, which is January 18, 2011.  The Office of Admissions is not responsible for the failure of an applicant to follow directions for submission of a complete application online, nor lost, misdirected, or postage-due mail.  **Applications received after the final filing deadline will not be accepted.  The final filing deadline is statutory and cannot be waived.**

LATE FILING INFORMATION

In addition to the application fee, all applications received between the dates listed below must be accompanied by a late filing fee:

| Late Filing Dates | Fee |
|---|---|
| November 2, 2010 – November 30, 2010 | $  50.00 |
| December 1, 2010 – January 18, 2011 | $250.00 |

For the purpose of determining the need for a late filing fee and the amount, if required, an application will not be deemed filed until the proper fees are paid.

WITHDRAWAL DEADLINES

Requests to withdraw from the February 2011 California Bar Examination must be received by the Office of Admissions on or before the dates listed below in order to qualify for a refund.

| Date | Percentage |
|---|---|
| December 1, 2010 (30 days after timely filing deadline) | 60% refund |
| December 16, 2010 (45 days after timely filing deadline) | 30% refund |

WITHDRAWAL REFUND POLICY

The Committee of Bar Examiners' Refund of Fees Policy and Refund Request Form are available online at

**The transfer of fees from one examination to another is prohibited.**  Refunds requested due to hospitalization, death or call to active duty will be considered in accordance with the Committee's refund policy.  Copies of the policy and forms to request a refund and withdrawal from the examination are available online at                          or upon request from the State Bar's Office of Admissions.

ADDRESS CHANGE AND RELEASE OF RESULTS

Applicants must notify the State Bar of California's Office of Admissions in writing of any address changes following the filing of the application.  A request to update an applicant's address must be accompanied by a photocopy of one piece of identification.  Accepted examples include: Driver's License, Passport, California Identification Card, Military Identification Card, or Birth Certificate.  A form for submitting an address change is available online at                          or at the end of these instructions.

Results from the examination will be mailed to the address of record as of April 29, 2011.  Address changes received after that date will not be processed for purposes associated with the mailing of results.

Results from the February 2011 administration of the examination are scheduled for mailing on May 13, 2011.  Beginning at 6:00 p.m. (Pacific Time) on the date the results are mailed, results will be available to applicants through the Internet.  Applicants will be able to access the State Bar's home page to determine if their names appear on the pass list.  The State Bar's home page address is                          .  If admittance tickets are lost, requests for application numbers for the purpose of accessing the pass list through the State Bar's Home Page must be in writing.

Applicants who are unsuccessful on the February 2011 California Bar Examination will have their essays and Performance Tests answers mailed to the address on file approximately four to six weeks following the release of results.

BXInfo.0211

Recent Activity - Account Settings

://security.google.com/settings/security/activity

+Armando          Share

« Security                    We've noticed unusual activity in your account.      CHANGE PASSWORD                    Help ▾

Do you recognize this unusual activity?

No - Change password!      Yes, that was me!

## Unusual Activity

| Aug 2 | Application/device sign-in attempt (prevented) | United States |
| Aug 2 | Application/device sign-in attempt (prevented) | United States |
| Aug 2 | Application/device sign-in attempt (prevented) | United States |

## Your Recent Activity

| Date ▾ | Event | Location |
| --- | --- | --- |
| Aug 25 | Signed in from Firefox (Windows) | Pembroke Pines, FL, USA |
| Aug 25 | Signed in from Chrome (HTCONE) | Pembroke Pines, FL, USA |
| Aug 25 | Signed in from Firefox (Windows) | Miami-Ft. Lauderdale FL, ... |
| Aug 23 | Signed in from Chrome (HTCONE) | Pembroke Pines, FL, USA |
| Aug 22 | Signed in from Firefox (Windows) | Pembroke Pines, FL, USA |
| Aug 19 | Signed in from Firefox (Windows) | Pembroke Pines, FL, USA |
| Aug 19 | Signed in from Firefox (Windows) | Miami-Ft. Lauderdale FL, ... |
| Aug 18 | Signed in from Firefox (Windows) | Miami-Ft. Lauderdale FL, ... |
| Aug 16 | Signed in from Chrome (HTCONE) | Pembroke Pines, FL, USA |
| Aug 7 | Signed in from Firefox (Windows) | Pembroke Pines, FL, USA |
| Aug 7 | Signed in from Firefox (Windows) | Miami-Ft. Lauderdale FL, ... |
| Aug 6 | Signed in from Firefox (Windows) | Miami-Ft. Lauderdale FL, ... |
| Aug 4 | Signed in from Firefox (Windows) | Pembroke Pines, FL, USA |
| Aug 4 | Signed in from Firefox (Windows) | Pembroke Pines, FL, USA |
| Aug 4 | Signed in from Firefox (Windows) | Miami-Ft. Lauderdale FL, ... |
| Aug 4 | Changed password | Miami, FL, USA |
| Jul 31 | Signed in (SiteKiosk 7.8) | Los Angeles CA, California... |
| Jul 30 | Signed in (SiteKiosk 7.8) | Los Angeles, CA, USA |

### Signed in

July 30, 2014 8:54 PM

**Recognize this activity?**
If you don't, someone else may have your password.

Change password

Santa Clarita
Thousand Oaks        Los Angeles        San Bernard
                                                    Riv
                         Long Beach
slands                   San Pedro
Park                              Irvine
                Map data ©2014 Google, INEI

Approximate location (based on IP)
Los Angeles, CA, USA

▾ Details
IP address  ?
100.46.117.38
*M92z---Computer-.hil-
laxccdt.lax.wayport.net.*
Device
SiteKiosk 7.8

# EXHIBIT F

1 of 1

8/26/2014 12:50 AM

64.134.228.172 - IP in United States, - Comments and Complaints

/ip-address-lookup-v4.com/ip/64.134.228.172

## IP Address Lookup

64.134.228.172                    Lookup!

IP: 64.134.228.172      Near: United States

| | |
|---|---|
| Host name: | ip-64-134-228-172.public.wayport.net |
| Country: | United States |
| B Class: | 64.134.0.0 - 64.134.255.255 |
| Latitude: | 38 |
| Longitude: | -97 |

Map data ©2014 Google

### Whois** information (click to view) ⌄

NetRange: 64.134.0.0 - 64.134.255.255
CIDR: 64.134.0.0/16
OriginAS: AS14654
NetName: WAYPORT-64-134-NET
NetHandle: NET-64-134-0-0-1
Parent: NET-64-0-0-0-0
NetType: Direct Allocation
Comment: Law enforcement requests regarding records should be directed
to http://www.att.com/subpoena
Comment: For policy abuse questions or concerns, please contact
abuse@wayport.net
Comment: RWhois reassignment information for this block is available at
rwhois.wayport.net:4321
RegDate: 2000-07-21
Updated: 2012-06-25
Ref: http://whois.arin.net/rest/net/NET-64-134-0-0-1

OrgName: Wayport, Inc.
OrgId: WYPR
Address: 4509 Freidrich Lane
Address: Building III, Suite 300
City: Austin
StateProv: TX
PostalCode: 78744
Country: US
RegDate: 1997-07-29
Updated: 2013-02-20
Ref: http://whois.arin.net/rest/org/WYPR

ReferralServer: rwhois://rwhois.wayport.net:4321

OrgNOCHandle: AWSN-ARIN
OrgNOCName: ATT WiFi Services NOC
OrgNOCPhone: +1-512-519-6000
OrgNOCEmail: noc-internal@wayport.net
OrgNOCRef: http://whois.arin.net/rest/poc/AWSN-ARIN

OrgTechHandle: WN25-ARIN
OrgTechName: ATT WiFi Services IT
OrgTechPhone: +1-512-519-6450
OrgTechEmail: arin-coordinator@wayport.net
OrgTechRef: http://whois.arin.net/rest/poc/WN25-ARIN

OrgAbuseHandle: ABUSE670-ARIN
OrgAbuseName: Abuse
OrgAbusePhone: +1-512-519-6000
OrgAbuseEmail: abuse@wayport.net
OrgAbuseRef: http://whois.arin.net/rest/poc/ABUSE670-ARIN

8/26/2014 12:24 AM

RAbuseHandle: ABUSE670-ARIN
RAbuseName: Abuse
RAbusePhone: +1-512-519-6000
RAbuseEmail: abuse@wayport.net
RAbuseRef: http://whois.arin.net/rest/poc/ABUSE670-ARIN

RTechHandle: WN25-ARIN
RTechName: ATT WiFi Services IT
RTechPhone: +1-512-519-6450
RTechEmail: arin-coordinator@wayport.net
RTechRef: http://whois.arin.net/rest/poc/WN25-ARIN

RNOCHandle: AWSN-ARIN
RNOCName: ATT WiFi Services NOC
RNOCPhone: +1-512-519-6000
RNOCEmail: noc-internal@wayport.net
RNOCRef: http://whois.arin.net/rest/poc/AWSN-ARIN

## DNS BlackList results:

bl.spamcop.net

cbl.abuseat.org

xbl.spamhaus.org

## Most recent complaints on 64.134.228.172

No comments submitted yet.

## Complaints

 Please help us keep Internet safer and cleaner by leaving a descriptive comment about 64.134.228.172 IP address

| | |
|---|---|
| Your name | |
| IP Type | N/A |
| Comments | |

Verification code

 Type the text
Privacy & Terms

Save

**Frequently Asked Questions:**

- Report emails (spam/fraud/threats)
- Hacked Gmail accounts
- WordPress Hacking Attempts
- SSH Hacking Attempts
- Why Can't I See The Exact Address?

**Similar latency IP addresses:**

39.236.24.190

36.169.86.116

20.38.163.91

107.101.36.241

238.180.207.93

123.67.11.63

160.69.161.176

**DNSBL\*** - is a list of IP addresses published through the Internet Domain Name Service (DNS) either as a zone file that can be used by DNS server software, or as a live DNS zone that can be queried in real-time. DNSBLs are most often used to publish the addresses of computers or networks linked to spamming; most mail server software can be configured to reject or flag messages which have been sent from a site listed on one or more such lists.

**WHOIS\*\*** - is a query/response protocol that is widely used for querying databases in order to determine the registrant or assignee of Internet resources, such as a domain name, an IP address block, or an autonomous system number. WHOIS lookups were traditionally performed with a command line interface application, and network administrators predominantly still use this method, but many simplified web-based tools exist. WHOIS services are typically communicated using the Transmission Control Protocol (TCP). Servers listen to requests on the well-known port number 43.

**\*\* Approximate Geographic Location** - This is NOT the exact geographical location of the person/organization with the given IP address. However, this should still give you a good idea about the area/region where this person/organization is located.

Home  |  Email trace  |  Email lookup  |  About  |  FAQ  |  Contact                    ip-address-lookup-v4.com © 2007-2014 - lt: 0.03

8/26/2014 12:24 AM

**ARMANDO C. SANTANA**
11925 S.W.17th Ct.
Miramar, Florida 33134
Tel. (305) 528-1799

————————————————

August 4, 2014

THE STATE BAR OF CALIFORNIA
Office of Admissions
845 S. Figueroa Street
Los Angeles, CA 90017-2515

    Attn: Greg Shin                        **"EXPRESS MAIL"**
          Director of Operations

        RE:    Petition For The Return of My Cell Phone
                Bar Applicant: Armando C. Santana
                File number:   124779
                Applicant No:  9005

Dear Mr. Shin:

       Pursuant to your instructions, I am submitting this request in the hope that my cell phone will be returned to me. As you and all concerned are aware, inclusive of the proctor in the examination room, the incident at issue was not intentional, but accidental. Not only did I explain the circumstances that led to my mishap to all responsible parties, but I also apologized for them to no avail. The only thing left to say is that in the prior five (5) times that I've attended and sat in for your administered exams, not once has there been any similar incidents nor problems with my conduct or attitude and have always been courteous and forthright with both test takers and proctors alike. Yet on this one occasion (due to the stress of the exam, having to checkout of the hotel, printing my boarding pass from the hotel lobby and speaking to my family via the cell phone at issue) after having sat down for the morning section of the last day of the exam, is the moment that I became aware that I was still carrying my cell phone on my waistline when all of the sudden an e-mail came in triggering the associated blip sound on my phone that caused me to panic and realize the mistake. At that point and time there was nothing more I could do than to apologize to the proctor in the room for my absent mindedness and proceeded immediately to securing it in the closet where my laptop briefcase was resting.

**EXHIBIT G**

However, despite my obvious human error, I was willing to forgo having the cell phone temporarily confiscated because it would be something logical and reasonable as a punitive measure for my stupidity. Never in my wildest imagination would I expect such extreme measures to have been visited upon me from the temporary to that of the permanent taking of the same. It is mind boggling that anyone person and/or entity would exert such extreme punitive measures for an inadvertent and unintentional mistake. Has anyone contemplated what it means in this day and age to dispossess someone of their cell phone in today's environment. (i.e. our everyday "life-line"). If you haven't, then perhaps you should review Chief Justice Roberts recent April 22, 2014 U.S. Supreme Court decision in the matter of Riley v. State of California, 2014 WL 1616435 (2014) wherein he states that the court was keenly alert to the central role that cell phones play in contemporary life. They are, he said, "such a pervasive and insistent part of daily life that the proverbial visitor from Mars might conclude they were an important feature of human anatomy... Ninety percent of Americans have them", he wrote, and they contain "a digital record of nearly every aspect of their lives — from the mundane to the intimate." He furthers that "According to one poll, nearly three-quarters of smart phone users report being within five feet of their phones most of the time, with 12 percent admitting that they even use their phones in the shower." Even the word cell phone is a misnomer, he said. "They could just as easily be called cameras, video players, Rolodexes, calendars, tape recorders, libraries, diaries, albums, televisions, maps or newspapers," he wrote. Although the decision concerned a fourth amendment issue, it clearly states the nature and importance of cell phones to all of us in our daily lives. I myself have flown in from Ft. Lauderdale, Florida to Los Angeles on six (6) different occasions just to sit in for these exams. At an approximate cost of $3,000.00 each trip not counting the personal sacrifice to myself and family in having to study every night after work in the hope that I can conquer this Goliath of an exam. My cell phone was my only contact and life line to my family while there in the hotel who supported me with their encouraging words and actions during those stressful five (5) days that I stayed while at the Doubletree by Hilton Hotel in Culver City, CA.(i.e. from 7/27 to 7/31). The cell phone was also my navigating system to get to and from the hotel or anywhere else (such as grocery shopping and dinner), notwithstanding in the case of an emergency. The information contained within it is not only valuable me, but unrecoverable. Things such as passwords and codes to my different accounts and creditors. Information about clients within the firm that I work for. Phone contacts and family pictures which I have been unable to retrieve from either my gmail account nor the HTC drive within my computer. This is not counting the grief and aggravation that has befallen me ever since in having to even ask for directions to return to the rental agency and the airport in time just before the flight was scheduled to leave and possibly exposing myself to danger without access to "911". This is because finding a paid phone now a days is like looking for the holy grail. The expense and trouble of purchasing a new cell phone, learning how to use it and trying to restore as much data as possible from whatever sources I can find is quite a challenge if not impossible. Only a person who has ever lost or had their cell phone stolen, would be able to even begin to comprehend my situation, let alone taken from them for the questionable reasons that were used as a justification.

2

and unintentional mistake outweighs the transgression committed. Punishment which was personal and offensive in the manner and way that it was conducted which will not be easily abated any time soon. Therefore, the only thing remaining is to seek some since of justice and common decency in the return my cell phone, or at the very least, the SIM card, so that I can at the very least recover and retrieve the personal and business information stored within it which I do not have any other way of doing without specially the SIM card.

Respectfully Submitted,

ARMANDO C. SANTANA, J.D.

ACS/
Encls.
File

3



Armando Santana <armandoalss@gmail.com>

## State Bar of California

1 message

Shin, Greg <Greg.Shin@calbar.ca.gov>                    Mon, Aug 25, 2014 at 7:17 PM
To: "asantana@alss.net" <asantana@alss.net>

Mr. Santana,

You will be receiving a formal letter from Gayle Murphy, Senior Director of Admissions regarding your petition
for the return of your cell phone/SIM card.  I can tell you, however, that the Committee of Bar Examiners
carefully considered your request but ultimately decided to deny your request.

Thanks.

Greg S. Shin | Director, Operations and Management

Admissions

The State Bar of California | 845 S. Figueroa St. | Los Angeles, CA 90017

# EXHIBIT H

Armando Santana <asantana@alss.net>
To: "Shin, Greg" <Greg.Shin@calbar.ca.gov>

Thu, Aug 28, 2014 at 12:02 PM

Mr. Shin:

Do you know when and if I will be receiving this alleged written response to my cell phone inquiry from Mrs. Murphy? Because to date, I have not received it!

Respectfully yours,

ARMANDO C. SANTANA, J.D.
Attorney's Legal Support Services, Inc.
3780 West Flagler Street
Coral Gables, Florida 33134
Tel. (305) 569-9944
Fax (305) 529-9035

This message is intended for the exclusive use of the addressee(s) named herein. This electronic message and its attachment(s), are confidential and may contain information that is proprietary and/or privileged. Unauthorized review, dissemination, distribution, copying or other use of this message, including all attachments, is strictly prohibited. If you have received this message by mistake, please notify us immediately by returning the e-mail and destroying this message and all copies thereof, including all attachments, if any.

[Quoted text hidden]

Shin, Greg <Greg.Shin@calbar.ca.gov>
To: Armando Santana <asantana@alss.net>

Thu, Aug 28, 2014 at 7:36 PM

1 of 2

9/10/2014 12:33 A

**EXHIBIT I**



# THE COMMITTEE OF BAR EXAMINERS OF
# THE STATE BAR OF CALIFORNIA
## OFFICE OF ADMISSIONS

180 HOWARD STREET • SAN FRANCISCO, CALIFORNIA 94105-1617 • (415) 538-2300

*Committee of Bar Examiners*

LARRY SHEINGOLD
*Chair*
*Sacramento*

PATRICIA P. WHITE
*Vice-Chair*
*San Jose*

JAMES H. AGUIRRE
*Los Angeles*

EDUARDO A. ANGELES
*Los Angeles*

TRACI C. BELMORE
*Suisun City*

ARCHIE "JOE" BIGGERS
*San Diego*

JAMES A. BOLTON, Ph.D.
*Altadena*

J. SCOTT BOVITZ
*Los Angeles*

MICHELLE DOMINGO
*Sacramento*

RICHARD A. FRANKEL
*San Ramon*

KV KUMAR
*Yorba Linda*

JOEL S. MILIBAND
*Irvine*

MARTHA PRUDEN-HAMITER
*Los Angeles*

SANDRA L. SALAZAR, M.D.
*Pico Rivera*

JEANNE C. VANDERHOFF
*San Diego*

PATRICIA M. VILLALOBOS
*Montebello*

LEE H. WALLACH
*Los Angeles*

ALAN S. YOCHELSON
*Los Angeles*

————————————

*Staff*

GAYLE E. MURPHY
*Senior Director, Admissions*

DEBRA MURPHY LAWSON
*Director,*
*Moral Character Determinations*

GINA M. CRAWFORD
*Director, Administration*

GEORGE C. LEAL
*Director, Educational Standards*

LISA JEONG CUMMINS
*Director, Examinations*

GREG S. SHIN
*Director, Operations & Management*

August 29, 2014

Armando C. Santana
11925 S.W. 17th Court
Miramar, FL  33025

File No.:  124779
Applicant No.:  9005

Dear Mr. Santana:

Pursuant to the provisions of Title 4, Division 1, Chapter 6 of the *Rules of the State Bar of California (Admissions Rules)*, during its August 22, 2014 meeting, the Committee of Bar Examiners of The State Bar of California (Committee) considered the Chapter 6 Notice (Notice) that was issued to you during administration of the July 2014 California Bar Examination relative to a violation of examination administration rules or policies.

The following information was provided to applicants in advance of the examination in the instructions accompanying the application:

> If prohibited items are brought into the examination room either on purpose or inadvertently, they will be confiscated and not returned.  You will also receive a Notice of Violation of Examination Rules or Policies.  In accordance with the Committee's policies, you will receive a score of zero for any session during which you are found to have brought an unauthorized electronic device, such as cell phones, smart phones, notes, etc., into the examination room, as well as any additional sanctions the Committee may impose.

In addition, similar information was in the bulletin that was associated with the admission tickets, announcements were made during the examination and signs were posted advising applicants that they must not bring cell phones into the secure examination test center.

The Committee concluded you violated examination administration rules or policies because you brought an unauthorized item, a cell phone, into the secure examination test center.

**EXHIBIT J**

Armando C. Santana
August 29, 2014
Page 2

As a result, the Committee further determined that, in accordance with the established sanction that would be received if an applicant brought a cell phone into the secure examination test center, you will receive a score of zero for each of your answers for Essay questions 4, 5 and 6.

Rule 4.72 (C) of the *Admissions Rules* states:

The Committee may establish guidelines for the processing of conduct violations.  The Committee may establish specific sanctions for certain undisputed conduct violations, such as bringing an unauthorized item into the examination room.  An applicant sanctioned for an undisputed conduct violation is not entitled to an administrative hearing.

Since you brought a cell phone into the secure examination test center, which is considered an undisputed conduct violation, you are not entitled to an administrative hearing.

During its meeting, the Committee also considered your request that your cell phone, or, at least the Sim card, be returned to you.  The Committee declined to grant your request. In all the information and announcements related to the administration of the examination, it is clearly stated that confiscated items will not be returned.

Enclosed for your reference is a copy of Chapter 6 of the *Admissions Rules*, which pertains to conduct at examinations. Please feel free to contact me if you have any questions.

Sincerely,

Gayle E. Murphy
Senior Director, Admissions

gm0829
cc:    Greg Shin, Director, Operations and Management
       Gina Crawford, Director, Administration

# EXCERPT FROM THE *ADMISSIONS RULES*
## CHAPTER 6 – CONDUCT AT EXAMINATIONS

### CHAPTER 6. CONDUCT AT EXAMINATIONS

Rule 4.70  Conduct required at examinations

Applicants are expected to conduct themselves professionally at all times at an examination test center. Conduct that violates the security or administration of an examination may be reported to the Committee or, in extreme cases, require dismissal from the examination test center. Unacceptable conduct may include, but is not limited to, having unauthorized items, writing or typing after time has been called, looking at another applicant's answers, talking when silence is required, or abusive behavior.

Rule 4.71  Reports of conduct violations

(A)  A subcommittee designated by the Committee considers reports of the Chapter 6 Notices that have been issued to applicants during or following an administration of an examination as soon as practicable and no later than the first Committee meeting following the examination.

(B)  If the subcommittee affirms the Chapter 6 Notice, the applicant must be notified of its proposed sanction within thirty days. Sanctions may include assigning a score of zero for a question, a session, or an entire examination. An examination score may be held in abeyance pending resolution of the matter.

(C)  The Committee may establish guidelines for the processing of conduct violations. The Committee may establish specific sanctions for certain undisputed conduct violations, such as bringing an unauthorized item into the examination room.  An applicant sanctioned for an undisputed conduct violation is not entitled to an administrative hearing.

Rule 4.72  Request for an administrative hearing on conduct violation

(A)  An applicant notified of a conduct violation for which a specific sanction has not been established by examination rules or guidelines may file a written request for an administrative hearing on the subcommittee's findings. The request must be filed within twenty days of receipt of the notice or the proposed sanction will take effect. For good cause shown by clear and convincing evidence the Committee may extend the filing deadline.

(B)  To hear the request, the Senior Executive will designate a panel of three Committee members, one of whom is to serve as Chair. Panel members must not have served on the subcommittee that reviewed the report of conduct violation.

OFFICE OF ADMISSIONS
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco, CA 94105-1617

SAN FRANCISCO CA 941

29 AUG 2014 PM 6 T

ZIP 94105
041L11227445

Armando C. Santana
11925 S.W. 17th Court
Miramar, FL 33025



# ATTORNEY'S LEGAL SUPPORT SERVICES
3780 WEST FLAGLER STREET
CORAL GABLES, FLORIDA 33134
TEL: (305) 569-9944 FAX: (305) 529-9035

DATE:        09/03/14
TO:          GAYLE MURPHY, Sr. Dir. Of Admissions
FAX NO.:     (415) 538-2304
RE:          REQUEST FOR COPY OF THE JULY 2014
             ONLINE BAR EXAMINATION APPLICATION
             File # 124779

THE FOLLOWING IS A TELEFAX CONSISTING OF 4 PAGES, INCLUDING THIS COVER PAGE.

RE:   PURSUANT TO OUR RECENT TELEPHONE CONVERSATION ON THE ABOVE CAPTIONED MATTER, ATTACHED PLEASE FIND THE RELEVANT DOCUMENT REQUEST AND CREDIT CARD AUTHORIZATION FORMS COMPLETED AND SIGNED BY THE UNDERSIGNED SO THAT I MAY SECURE THE SOUGHT ONLINE BAR APPLICATION FORM THAT I INITIALLY SUBMITTED IN ORDER TO TAKE THIS PAST JULY 2014 ADMINISTERED EXAM. YOUR PROMPT PROCESSING AND FORWARDING OF SAME, WILL BE GREATLY APPRECIATED.

PLEASE CALL SANTANA IF YOU HAVE ANY QUESTIONS.

BY:   ARMANDO C. SANTANA, J.D.

THIS FACSIMILE CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS FACSIMILE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# EXHIBIT K



**THE STATE BAR OF CALIFORNIA**
**COMMITTEE OF BAR EXAMINERS/OFFICE OF ADMISSIONS**
180 Howard Street · San Francisco, CA 94105-1639 · (415) 538-2300
845 S. Figueroa Street · Los Angeles, CA 90017-2515 · (213) 765-1500

## APPLICATION/DOCUMENT COPY OR ADMINISTRATIVE SERVICE REQUEST FORM

If you wish to receive a copy of an application or other document that you have filed with the State Bar of California's Office of Admissions or you would like to request an administrative service, please complete and return this form along with a cashier's check or money order made payable to The State Bar of California for the appropriate amount. Personal checks will not be accepted. Applicants may also pay using a credit card (Master Card or Visa only) by completing the Credit Card Authorization Form. In addition to the fee, most requests must be accompanied by a photocopy of one piece of identification, as indicated on Page 2. Acceptable examples: Driver's License, Passport, California Identification Card, Military Identification Card or Birth Certificate. Please note: Applications are no longer available after five years of inactivity.

On Page 2, in the first and second columns of the table, check the box for the document and/or service you are requesting, provide the examination date(s) if applicable, and sign as indicated before forwarding to the appropriate office as is noted below. If more space is needed, include additional information on a separate piece of paper.

Name: _ARMANDO C. SANTANA_

File Number: _124779_                      NCBE Number: _N10028767_

Address: _1195 SW. 17th Ct._

City _MIRAMAR,_          State _FL._          Zip Code _33025_

Email address: _QSANTANA@ALSS.NET_     Daytime Phone Number: _(305) 528-1799_

Requests for certifications of MBE and MPRE scores, handscores of MBE answer sheets, duplicate result letters, and copies of pass lists, laptop answers, archived examination questions and selected answers, reports or studies authorized for publication by the Committee of Bar Examiners should be sent to:

> Office of Admissions
> The State Bar of California
> 180 Howard Street
> San Francisco, CA  94105-1639

All other requests should be directed to:

> Office of Admissions
> The State Bar of California
> 845 S. Figueroa Street
> Los Angeles, CA  90017-2515

Faxed copies of this form will not be accepted.

---

*Office Use Only*

Date: _____

ID: _____

Date Mailed: _____

Signature: _____

---

Page 1 of 2

| Check here for Request | Date(s) of Examination | Description | Amount | ID Required |
|---|---|---|---|---|
| ——— | ——— | COPY OF REGISTRATION APPLICATION  (Copy of Original or Reproduction of Online Application) | $20.00 | Yes |
| ——— | ——— | COPY OF FIRST-YEAR LAW STUDENTS' EXAMINATION APPLICATION  (Copy of Original or Reproduction of Online Application) | $20.00 | Yes |
| ✓ | 7/20 - 7/31 | COPY OF BAR EXAMINATION APPLICATION  (Copy of Original or Reproduction of Online Application) | $20.00 | Yes |
| ——— | ——— | COPY OF MORAL CHARACTER DETERMINATION APPLICATION  (Copy of Original or Reproduction of Online Application) | $25.00 | Yes |
| ——— | ——— | COPY OF PASS LIST  (Names/Cities/States Of Successful Applicants) | $25.00 | No |
| ——— | ——— | DUPLICATE RESULT LETTER  (More Than 60 Days After Release Of Results) | $15.00 | Yes |
| ——— | ——— | LETTERS OF VERIFICATION  (i.e., Registration, Payment of Fees, Admission, Application Destroyed, Other.) | $15.00 | Yes |
| ——— | ——— | DUPLICATE OF COMPUTER LETTERS  (If Still Available) | $15.00 | No |
| ——— | ——— | CERTIFICATION OF MBE SCORE more than 7 years old | $25.00 | Yes |
| ——— | ——— | HAND SCORE OF MBE SCANTRON ANSWER SHEETS  (Last Administered Examination Only.  Requests must be received by February 1 for July MBE Score and July 1 for February MBE Score) | $50.00 | Yes |
| ——— | ——— | REPRINT OF LAPTOP EXAMINATION ANSWERS  (Last Administered Examination Only) | $25.00 | Yes |
| ——— | ——— | COPY OF REPORT OR STUDY AUTHORIZED FOR PUBLICATION BY THE COMMITTEE OF BAR EXAMINERS  (Attach letter identifying document requested.  Index of reports available upon request) | $25.00 | No |
| ——— | ——— | RETURN OF ORIGINAL FOREIGN ELIGIBILITY DOCUMENTS  (Copies made for file before originals returned to applicant) | $20.00 | Yes |
| ——— | ——— | COPY OF LAW STUDY EVALUATION | $20.00 | Yes |
| ——— | ——— | COPY OF LAW STUDY PLAN WITH EVALUATION | $20.00 | Yes |
| ——— | ——— | ARCHIVED EXAMINATION QUESTIONS AND SELECTED ANSWERS | $25.00 each exam | No |
| ——— | ——— | CERTIFICATION OF MPRE SCORE more than 15 years old | $25.00 | Yes |
| ——— | ——— | COPY OF OTHER DOCUMENTS NOT LISTED ABOVE  (Attach letter identifying the document requested) | $5.00 first page; $.50 each additional page | No |

If you wish to have the application(s)/document(s) mailed to a third party, please complete the section below.  By completing this form with your signature, you are authorizing the release of the marked documents to the third party.

Name of Entity: _____

Address: _____

City _____ State _____ Zip Code _____

I understand that the copies of the application(s)/document(s) will be sent by regular US mail, and that by my signature I assume the risk of loss in the mail.  If picked up in person, I acknowledge receipt of the above marked documents.

_____
Signature of Applicant/Requester

DocRequestForm.0614_R

Page 2 of 2

P. 01

TRANSACTION REPORT

SEP—03—2014 WED 01:56 PM

| # | DATE | START TM | RECEIVER | COM TIME | PGS | TYPE/NOTE | DEPT | FILE |
|---|------|----------|----------|----------|-----|-----------|------|------|
| 1 | SEP-03 | 01:55 PM | 4155382304 | 0:01:15 | 4 | SG3    OK | | |
| | | TOTAL | | 0:01:15 | 4 | | | 683 |



# ATTORNEY'S LEGAL SUPPORT SERVICES
3780 WEST FLAGLER STREET
CORAL GABLES, FLORIDA 33134
TEL: (305) 569-9944 FAX: (305) 529-9035

DATE:        09/03/14
TO:          GAYLE MURPHY, Sr. Dir. Of Admissions
FAX NO.:     (415) 538-2304
RE:          REQUEST FOR COPY OF THE JULY 2014
             ONLINE BAR EXAMINATION APPLICATION
             File # 124779

THE FOLLOWING IS A TELEFAX CONSISTING OF 4 PAGES, INCLUDING THIS
COVER PAGE.

RE:    PURSUANT TO OUR RECENT TELEPHONE CONVERSATION ON THE
       ABOVE CAPTIONED MATTER, ATTACHED PLEASE FIND THE
       RELEVANT DOCUMENT REQUEST AND CREDIT CARD
       AUTHORIZATION FORMS COMPLETED AND SIGNED BY THE
       UNDERSIGNED SO THAT I MAY SECURE THE SOUGHT ONLINE BAR
       APPLICATION FORM THAT I INITIALLY SUBMITTED IN ORDER TO
       TAKE THIS PAST JULY 2014 ADMINISTERED EXAM. YOUR PROMPT
       PROCESSING AND FORWARDING OF SAME, WILL BE GREATLY
       APPRECIATED.

PLEASE CALL SANTANA IF YOU HAVE ANY QUESTIONS.

BY:   ARMANDO C. SANTANA, J.D.

THIS FACSIMILE CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY
FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS
FACSIMILE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE
FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY
DISSEMINATION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE
RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND
RETURN THE ORIGINAL FACSIMILE TO US AT THE ABOVE ADDRESS VIA



Armando Santana <armandoalss@gmail.com>

## State Bar of California
1 message

Shin, Greg <Greg.Shin@calbar.ca.gov>                                             Mon, Sep 8, 2014 at 12:50 PM
To: "asantana@alss.net" <asantana@alss.net>

Dear Mr. Santana,

Your recent voicemail to Kimberly Jones was referred to me for response.  The copy of the proctor
instructions/announcements read to applicants prior to starting the administration of the Bar examination is an internal
document and is therefore, not released/provided to applicants.

Thanks.

Greg S. Shin | Director, Operations and Management

Admissions

The State Bar of California | 845 S. Figueroa St. | Los Angeles, CA 90017

## EXHIBIT L



Armando Santana <armandoalss@gmail.com>

## Admittance Ticket for July 2014 California Bar Examination
1 message

ticketready@calbar.ca.gov <ticketready@calbar.ca.gov>
Reply-To: ticketready@calbar.ca.gov                                    Thu, Jun 19, 2014 at 6:17 PM
To: Armando Cesar Santana <asantana@alss.net>

You can now print your admittance ticket and the important Admittance Ticket Bulletin for the above referenced examination by logging into your Admissions Status Screen.

You can access the screen through the State Bar website under "Future Lawyers" by clicking here and selecting "Check your admissions status" in the upper right-hand corner of the screen.

Print the Admittance Ticket Bulletin by clicking here.

If you signed up to use a laptop for the examination, you must get your laptop certified. Please see the Laptop Computer Program Bulletin.

Please do not reply to this message via e-mail. This address is automated, unattended, and cannot help with questions or requests.

EXHIBIT M

6/20/2014 1:24 PM



# THE STATE BAR OF CALIFORNIA

## OFFICE OF ADMISSIONS

180 HOWARD STREET  •  SAN FRANCISCO, CALIFORNIA 94105-1639  •  (415) 538-2300
845 S. FIGUEROA STREET  •  LOS ANGELES, CALIFORNIA 90017-2515  •  (213) 765-1500

TO:        California Bar Examination Applicants

FROM:    The Committee of Bar Examiners

RE:        Admittance Ticket and Examination Instructions

DATE:     July 2014

You are scheduled to take the California Bar Examination referenced above.

The Admittance Ticket Bulletin can be found at:

http://admissions.calbar.ca.gov/Examinations/CaliforniaBarExam.aspx

Please carefully read this important bulletin before the first day of the examination.

Please review the information on your admittance ticket below, and immediately advise the State Bar's Office of Admissions of any errors.  Detach the ticket and bring it with you to the test center each day of the examination.

The Committee of Bar Examiners of the State Bar of California will provide access to the pass list for the California Bar Examination referenced above through the Internet on the State Bar's website at http://admissions.calbar.ca.gov.  To access your results through the Internet beginning at 6:00 p.m. on November 21, 2014, you will need your File Number and Application Number, as shown on both your admittance ticket and identification badge.  This information will not be provided to you over the telephone due to the confidential nature of the information. Please keep the identification badge following the examination.

-------------------------------- DETACH HERE --------------------------------                Room 510

| ADMITTANCE TICKET |

G1407

| EXAMINEE | TEST CENTER |
|---|---|
| Santana, Armando Cesar<br>11925 S.W. 17th Ct.<br>Miramar, FL 33025 | DOUBLETREE HOTEL-WESTSIDE<br>Ballroom Lvl 3rd Fl<br>6161 W. Centinela Ave<br>Culver City, CA 90230 |
| NCBE#: N10028767<br>FILE#: 124779 | Testing Accommodations<br>APPLICANT#: 9005 |



**THE STATE BAR OF CALIFORNIA**
**COMMITTEE OF BAR EXAMINERS/OFFICE OF ADMISSIONS**

180 Howard Street • San Francisco, CA 94105-1639 • (415) 538-2300
845 S. Figueroa Street • Los Angeles, CA 90017-2515 • (213) 765-1500

TO:  APPLICANTS TAKING THE JULY 2014 CALIFORNIA BAR EXAMINATION

Please carefully read this bulletin prior to the first day of the examination as it contains important information that you will need to know.

## SCHEDULE OF THE EXAMINATION

The General Bar Examination will be administered on Tuesday, Wednesday and Thursday, July 29, 30 and 31, 2014. The Attorneys' Examination will be administered on Tuesday and Thursday, July 29 and 31, 2014. Each day, there will be a morning and an afternoon session; each session is three hours.  Applicants using laptop computers must be seated no later than 8:20 a.m. All applicants must be seated no later than 8:30 a.m.  The examination will begin immediately following the instructions.  You should plan to arrive at least twenty minutes early to locate your assigned section or room.  You must be seated no later than 1:40 p.m. for the afternoon sessions and instructions will begin promptly at 1:45 p.m.  The examination will begin immediately following the instructions.  The examination is scheduled to conclude each day at approximately 5:00 p.m.; it may be earlier or later depending on when the examination started.  Applicants granted extended time may have different schedules, which are communicated to them individually in advance of the examination.

## DESCRIPTION OF THE EXAMINATION

The General Bar Examination consists of two sections: the written section, consisting of six essays and two Performance Tests (PT), and the 200-item Multistate Bar Examination (MBE).  An applicant can earn up to 100 raw points on each of the six essays and up to 200 raw points on each PT.  Scaled MBE scores are reported on a 2000-point scale, and scores on the written portion of the examination are scaled to the MBE and reported on a 2000-point scale.  The written section is weighted 65% of the total, the MBE is weighted 35% of the total, and the passing score on the examination is 1440.

The Attorneys' Examination consists of the six essays and two PTs from the General Bar Examination.  An applicant can earn up to 100 raw points on each essay and up to 200 raw points on each PT.  Written scores are scaled to the MBE and reported on a 2000-point scale.  The written section is 100% of the total, and the passing score is 1440.

All examination answers will be graded, including those from applicants who, for whatever reason, do not complete the examination in its entirety.

The Committee of Bar Examiners (Committee) is the sole judge of the validity of the examination and, at its discretion, may determine that the result of any test or any part of any test or any individual's score is not valid.  Should the Committee invalidate any part of the test, or if any individual's test is declared invalid or for any reason any part of the test cannot be graded, the Committee may, at its discretion, decide to make a pass/fail decision on the basis of the valid portion of the applicant's test product available to the Committee.

If you are an attorney who has been approved to take the Attorneys' Examination (2-day examination), the words "2-Day Exam" should be printed on your admittance ticket.  If those words are not printed on your admittance ticket, you are scheduled to take the 3-day General Bar Examination.  Requests to change from the 2-day examination to the 3-day examination, or vice versa, cannot be honored after the final filing deadline for applications.

## EXAMINATION ADMINISTRATION
## RULES AND POLICIES

Failure to follow oral and written instructions while the examination is in session will result in notice to the Committee of a violation of examination rules in accordance with the provisions of Title 4, Division 1, Chapter 6 of the Rules of the State Bar of California (*Admissions Rules*).  Conduct that results in a violation of security or disrupts the administration of the examination, which includes, but is not limited to, carrying unauthorized items into the examination room (such as cell phones), writing or typing after time has been called, looking at another applicant's papers, talking while the examination is in session, being abusive to other applicants, staff, proctors and/or other examination personnel, will result in notice to the Committee of a violation of examination rules or, in some cases, dismissal from the examination test center.  Applicants are expected at all times to maintain a professional attitude toward other applicants, staff, proctors and other examination personnel.  Behavior that is disruptive will be reported to the Committee for whatever action it deems appropriate.

Applicants cannot wear hats, caps, hoods or any other type of headwear during the examination.  The Committee, however, will consider petitions filed by applicants seeking exemptions from the policy that would permit them to wear headwear due to their religious beliefs while in a secure examination test center.  Such requests must be submitted on the Committee's form, which is available online under "Forms" on the Admissions' portion of the State Bar's website, and filed no later than the final deadline for filing testing accommodations petitions.  Upon arrival at the test center, applicants must be prepared to show a letter from the Committee that permits them to bring the headwear into the examination room and the headwear may be subject to inspection.

During the written sessions you may bring only the following items into the examination room without prior approval; all items are subject to inspection:  pencils and pens; silent analog watches, non-digital timers and clocks measuring 4" x 4" or smaller; rulers; paper clips; highlighters (must not be used on answers); inhalers; disability-related items that have been approved through the testing accommodations petition process; eyeglasses (no case); ear plugs or plastic material normally associated with the sport of swimming (must not be connected); feminine hygiene items; medicine; diabetes-related equipment (does not include food or drinks); Government-issued ID; cash, credit/debit cards that might be needed for the lunch break (you are not allowed to bring a wallet into the test center); and keys.  You may also bring: the admittance ticket with no writing on it; back support; a pillow without a case; one bookstand; one foot rest; splints and braces; crutches; wheelchairs; casts; hearing aids; TENS units; and, the following laptop accessories: separate keyboard, mouse (wired or wireless), laptop riser/stand no higher than 4" and solid color mouse pad with no writing on it.

During the MBE sessions, you may bring only the following items into the examination room without prior approval; all items are subject to inspection:  admittance ticket with no writing on it; pencils (pens are not allowed); silent analog watches, non-digital timers and clocks measuring 4" x 4" or smaller; inhalers; splints and braces; crutches; wheelchairs; casts; hearing aids; TENS units; disability-related items that have been approved through the testing accommodations petition process; eyeglasses (no case); ear plugs or plastic material normally associated with the sport of swimming (must not be connected); feminine hygiene items; medicine; diabetes-related equipment (not food/drinks); Government-issued ID; cash, credit/debit cards; and keys.  Pencil sharpeners and separate erasers will not be allowed into the examination room.  Applicants should bring several sharpened pencils.

If prohibited items are brought into the examination room either on purpose or inadvertently, they will be confiscated and not returned, you will receive a Chapter 6 Notice and, possibly, additional sanctions imposed by the Committee.  In accordance with the Committee's policies, you will receive a score of zero for any session during which you are found to have brought an unauthorized electronic device, such as a cell phone, into the examination room, as well as any additional sanctions the Committee may impose.

If you wish to bring items into an examination test center that are not listed above for either the written or MBE sessions, you must file a petition for testing accommodations using the Committee's forms in conformance with

the Committee's policies and deadlines. (This includes pens, back support, pillows and foot rests during the MBE sessions.) Permission to use specific items will not be granted as a matter of convenience or preference. Applicants cannot bring gum, candy or other food or drinks into the examination room, unless specifically granted permission to do so through the testing accommodations petition process. Water will be available nearby.

## TEST CENTER ENVIRONMENT

While every effort will be made to keep the environment of the test center comfortable, there are times when events or conditions occur beyond the control of the Committee. For instance, the temperature of the test center may fluctuate due to the weather or the test center's cooling/heating equipment. Therefore, applicants should be prepared for either warm or cold temperatures. Additionally, efforts will be made to keep the test center quiet, but there may be forces outside the control of the Committee so that such an environment cannot be guaranteed. You should come prepared to accommodate noises, such as those made by other applicants taking the examination, proctors carrying out their duties, equipment inside or outside the test center that may make sounds while operating, other meetings or conventions in the same facility, etc. Ear plugs, in the form specified earlier, are strongly recommended.

## LAPTOP COMPUTER USERS

After you have been notified your admittance ticket is available for printing, you are eligible to have your laptop computer certified for use during the examination. The required security software must be downloaded onto your computer and the certification process must be completed by Friday, July 25, 2014. The Laptop Computer Program Bulletin for each examination, which is found on the State Bar's website, contains the details and requirements for participation in the program. Technical assistance will not be available at the test center. You must be prepared to handwrite your examination answers if the software or your computer is not working, or if electricity is not available.

If you are using a laptop computer to take the examination, it is your responsibility to timely upload your exam files containing your answers to the six (6) essay questions and two (2) Performance Tests (1 exam file for each written session for a total of 4 exam files). All exam files must be uploaded in compliance with the published procedures, instructions and deadlines. If you fail to upload your answer files by the published deadline, a deduction of ten scaled points will be taken from your total written scaled score. If you fail to upload your answer files within two (2) weeks of the published deadline, you will be given a grade of zero (0) for each answer not uploaded timely.

## GENERAL INSTRUCTIONS

1.  Your admittance ticket contains your applicant number and your file number. Do not write on the ticket. You will be required to show your ticket to the proctor when you enter the test center. You must keep it in your possession throughout the examination.

2.  If items other than those allowed are brought to the test center, you will be required to leave them at your own risk outside of the examination area. The Committee assumes no responsibility for the safekeeping of items that you bring to the test center. You are not permitted access to those items while the examination is in session.

3.  You should bring any permitted personal items, e.g., medication, hygiene items (i.e., eye solution and feminine products) and other necessities, into the examination area in a small, clear plastic bag.

4.  Signs will be posted showing seating assignment by examination application numbers. You must occupy the same seating space throughout the examination.

5.   Upon arrival at your seat, you will find an identification badge that will be your identification credential during administration of the examination and which you may be required to show at any time. The badge must be fastened so it can be easily seen by the proctors. You will be told to relocate the badge if it is not placed appropriately. The badge must be left at your seat during the lunch break.

6.   At some time during administration of the examination, you will be required to provide your fingerprints. If an applicant refuses to provide the required fingerprints, a Chapter 6 Notice will be issued to him/her.

7.   At some time during the examination, you will be required to show a government-issued ID card that has your photograph, such as Driver's License, California Identification Card or Passport, for the purpose of verification of identity. You must carry this photograph ID card at all times during the examination.

8.   At the beginning of each Essay and PT session of the examination, you will be instructed to write your applicant number, name, and signature in the upper right hand tab of each of your answer book covers. Do not make notes or outlines on your answer book covers. Prior to grading, the tab containing your personal information will be removed after a code number has been assigned and labeled on each answer cover and tab. Thereafter, answers are identified by code number only; nothing about an individual applicant is known to the Graders.

9.   You are not allowed to make notes from memory prior to the start of the examination session. Scratch paper will be distributed for the Essay and PT sessions of the examination. Scratch paper is not permitted during the MBE portion of the examination.

10.   There is a separate answer book for each written question of the examination, which is numbered to correspond to the number of the question. If you are handwriting your answers, you must be certain that the answer to Question No. 1 is written in the book for Question No. 1, etc. Answers written in a wrong book (or typed in the wrong question screen) require special handling and the grading of an applicant's answer could be delayed as a result.

11.   If you need additional scratch paper or lined paper to write your answers during the examination, raise your hand and a proctor will provide you with what you need. Nothing written on scratch paper will be graded.

12.   If you are handwriting, you should do so as legibly as possible. A ballpoint pen, with blue or black ink, must be used to write your answers. Answers to the Essay and PT questions written in pencil are not acceptable. Only pencils may be used for the MBE portion of the examination. Neither highlighters nor white-out may be used on your answers to the written portions of the examination.

13.   All answers to the MBE portion of the examination must be placed on the answer sheets provided. Extra time to transfer answers will not be granted. Only answers marked on the answer sheets will be scored.

14.   Examination questions and used scratch paper may not be taken out of the examination room. After completing each session of the examination, all examination questions and used scratch paper must be placed in the envelope designated for that purpose.

15.   If you handwrite your examination answers, it is your responsibility to turn in your written examination answers to the proctors. If an applicant leaves a test center with his/her answers, the answers will not be graded.

16.   The examination is electronically timed and the official time is kept by the announcer. Applicants are encouraged to keep track of their own time; wall clocks are not provided. During the instructions at the beginning of each session, you will be advised of the courtesy time warnings that will be given. Any failure on the part of the announcer to give the planned warnings will not affect the outcome of the examination or the grading process.

17. Timing devices, i.e., watches and clocks, brought into the examination test centers are to be used solely for the determination of the passage of time. They cannot have a digital display, must be absolutely silent and cannot be larger than 4" x 4". Timing devices that are programmable and/or that make noise are not permitted. If found, they will be confiscated and not returned, and the applicant will receive a Chapter 6 Notice.

18. Writing and typing of answers must be completed when time is called. Please note that extra time is not granted to any individual applicant for any reason. If you attempt to write anything after time has been called, you will receive a Chapter 6 Notice.

19. Restrooms and water will be available at each test center. You should use the facilities before taking your seat so that you do not miss the instructions prior to the start of each session. Extra time to use the restroom will not be granted. You will not be permitted to use the restroom or leave your seat during the last several minutes of the examination session (5 to 15 minutes depending on the session). After time is called, you will **not** be permitted to use the restroom or leave your seat until all materials are collected and inventoried. If you fail to remain seated after being advised to do so or while the examination materials are collected and inventoried, you will receive a Chapter 6 Notice.

20. If you are leaving your seat for any reason, you should be considerate of others who are taking the examination. The scraping of chairs, heavy footsteps, or conversation just outside the examination area disturbs others.

21. If you leave the secured examination area during the examination session, you will not be permitted to return for the purpose of completing your examination answers.

22. At laptop computer test centers, laptop computers may not be disconnected from electrical outlets or removed from the examination room while the examination is in session, even if you have completed the examination for that session. You must wait until the examination session has concluded and applicants are dismissed before retrieving your computer.

23. The proctors' chief function is to proctor the examination; however, if asked, the proctors will attempt to assist with any problems that may arise.

24. If there is an emergency of any kind, you should remain seated and wait for instructions on how to proceed.

## NO SMOKING

Smoking is prohibited at test centers that do not allow smoking in accordance with city ordinance.

## EXAMINATION ATTENDANCE POLICY

If you do not attend a required, scheduled examination session, you will not be permitted to attend the remaining examination session(s). For instance, if you are absent for the Tuesday morning session, you will not be allowed to take any remaining sessions of the examination. Applicants must make a good faith attempt to complete each session of the examination for which they are present. Failure to do so may lead to receipt of a Chapter 6 Notice and being prohibited from attending any remaining examination session(s).

Applicants taking the Attorneys' Examination will be allowed back into the examination test center on Thursday morning if they were present for both morning and afternoon sessions on Tuesday.

## LATE ARRIVAL TO TEST CENTER

If you arrive at the test center after one (1) hour of testing time has elapsed, you will not be permitted to enter the test center.

## MORAL CHARACTER

The *Admissions Rules* require a positive moral character determination before the Committee may recommend that an applicant be admitted to practice law.   The process is initiated by the filing of the Application for Determination of Moral Character. The processing of these applications generally takes a minimum of 180 days and sometimes longer to complete.  If you have not already filed a moral character application, you should do so now to avoid delays in your admission to practice law if you are successful on the California Bar Examination.   The application must be filed online through the State Bar's website at http://admissions.calbar.ca.gov.

## ADMISSION STATUS SCREEN

Admission Status Screens (Status Screen) provide applicants with information regarding the admission requirements that have been met and those that are pending or not yet satisfied.  You may access your Status Screen through the online application system, which most applicants use to apply for the examination. Applicants are able to log into the system by providing their SSN/Registration Number, Birth Date, and File Number.

If your address changes, you must go online to http://admissions.calbar.ca.gov and log into your Admission Status Screen and select "Change My Profile."  Your contact information will be updated within 3 to 5 business days.

## DUPLICATE ADMITTANCE TICKET

You will be able to print a duplicate admittance ticket from your Status Screen.

## FURTHER COMMUNICATION

For particular questions regarding your status or the other requirements for admission, you should contact the State Bar's Office of Admissions in writing. Email communications with applicants are not permitted and a response will not be forthcoming if you send an email to the Office of Admissions concerning your file.  If you need to contact the office by telephone, however, the following numbers are provided:

|                    | Los Angeles     | San Francisco   |
|--------------------|-----------------|-----------------|
| Applicant Services | (213) 765-1500  | (415) 538-2300  |

## CALIFORNIA BAR EXAMINATION RESULTS

Results from the July 2014 administration of the California Bar Examination are scheduled to be mailed to applicants on Friday, November 21, 2014 and will be sent to the address on file as of October 31, 2014.

Applicants will be able to determine whether their names appear on the pass list beginning Friday, November 21, 2014 at 6:00 p.m. (Pacific Time), through the State Bar's website at http://admissions.calbar.ca.gov. Applicants will need their File Number and Applicant Number as shown on their admittance tickets and ID badges to access the pass list.  The pass list becomes public on Sunday, November 23, 2014.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

ARMANDO C. SANTANA

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

STATE BAR OF CALIFORNIA, the Office of Admissions, Committee of Bar Examiners, Gayle E. Murphy, Natali Hope and Unknown Defendants, et. al.

**(b) County of Residence of First Listed Plaintiff** Miami-Dade, Fl.
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** Orange Co., CA.
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

ARMANDO C. SANTANA, J.D. , Pro-Se Litigant, 3780 West Flagler Street, Coral Gables, Florida 33134-Tel: (305) 569-9944/Fax: (305) 448-6560

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Office of the Chief Trial Counsel, 845 S. Figueroa St., Los Angeles, CA. 90017-2515-(800) 843-9053

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

| | |
|---|---|
| ☐ 1. U.S. Government Plaintiff | ☒ 3. Federal Question (U.S. Government Not a Party) |
| ☐ 2. U.S. Government Defendant | ☒ 4. Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1. Original Proceeding | ☐ 2. Removed from State Court | ☐ 3. Remanded from Appellate Court | ☐ 4. Reinstated or Reopened | ☐ 5. Transferred from Another District (Specify) | ☐ 6. Multi-District Litigation |

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 500,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Writ of Mandamus/Injunctive Relief §1361, Declaratory Relief, Equal Protection & Due Process violations Art. V, XIV U.S. Cons. §1983, ADA & Reh Acts. §§12101/501 & Cal. Code of Civ. §51 et. seq. & Cali Torts Claims Act §915 et. set., and other Torts under §1367 (Deceit, Misrep, Fraud), Conversion, False Imprisonment, Invasion of Privacy, etc.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☒ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number: CV14 07339

CV-71 (06/14)   CIVIL COVER SHEET   Page 1 of 3

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
|  | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?  *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.  Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No |  | ☐ NO. Continue to Question B.2. |
| If "no," skip to Question C.  If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)  *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.  Enter "Eastern" in response to Question E, below, and continue from there. |
|  |  | ☐ NO. Your case will initially be assigned to the Western Division.  Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?  *check one of the boxes to the right* | ☐ YES. Your case will initially be assigned to the Southern Division.  Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No |  | ☐ NO. Continue to Question C.2. |
| If "no," skip to Question D.  If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)  *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.  Enter "Eastern" in response to Question E, below, and continue from there. |
|  |  | ☐ NO. Your case will initially be assigned to the Western Division.  Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| **D.1.  Is there at least one answer in Column A?** | **D.2.  Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the  **SOUTHERN DIVISION.**  Enter "Southern" in response to Question E, below, and continue from there.  If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the  **EASTERN DIVISION.**  Enter "Eastern" in response to Question E, below.  If "no," your case will be assigned to the WESTERN DIVISION.  Enter "Western" in response to Question E, below.  ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN DIVISON |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a).  IDENTICAL CASES:**  Has this action been previously filed **in this court?**          ☒ NO    ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:**  Is this case related (as defined below) to any cases previously filed **in this court?**          ☒ NO    ☐ YES

If yes, list case number(s): _____

Civil cases are related when they:

☐  A.  Arise from the same or closely related transactions, happening, or event;

☐  B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐  C.  For other reasons would entail substantial duplication of labor if heard by different judges.

Check all boxes that apply.  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X.  SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**  _____     DATE: ~~09/12/2014~~  9/16/14

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |